**Exhibit 1**

# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

July 19, 2024

Mr. James Gregory Marks
Marks Law
1012 Pienza Path
Keller, TX 76248

    Re: Blank

Dear Mr. Marks:

You have asked me to calculate the value of certain losses subsequent to the death of Larry Blank.  These losses are: (1) the loss of wages, Social Security retirement benefits, ad teaching pension; (2) the loss of household/family services, including (a) the loss of housekeeping and household management services; (b) the loss of the advice, counsel, guidance, instruction and training services sustained by Mr. Blank's wife and children; (c) the loss of accompaniment services sustained by Mr. Blank's wife and children; (3) the loss of the value of life ("LVL"), also known as loss of enjoyment of life; and (4) the loss of the society or relationship sustained by Mr. Blank's wife and children.

## QUALIFICATIONS AND EXPERIENCE

I am President of Smith Economics Group, Ltd., headquartered in Chicago, IL, which provides economic and financial consulting nationwide.  I have worked as an economic and financial consultant since 1974, after completing a Research Internship at the Federal Reserve, Board of Governors, in Washington, D.C.  My curriculum vitae lists all my publications in the last 10 years and beyond.

I received my Bachelor's Degree from Cornell University.  I received a Master's Degree and my Ph.D. in Economics from the University of Chicago; Gary S. Becker, Nobel Laureate 1992, was my Ph.D. thesis advisor.  The University of Chicago is one of the world's preeminent institutions for the study of economics, and the home of renowned research in the law and economics movement.

As President of Smith Economics, I have performed economic analyses in a great variety of engagements, including damages analysis in personal injury and wrongful death cases, business valuation, financial analysis, antitrust, contract losses, a wide range of class action matters, employment discrimination, defamation, and intellectual property valuations including evaluations of reasonable royalty.

1165 N. Clark Street ▪ Suite 600 ▪ Chicago, IL 60610 ▪ Fax 312-943-1016 ▪ Tel 312-943-1551
www.SmithEconomics.com

BLANK PE000020

SEG

I have more than 40 years of experience in the field of economics.  I am a member of various economic associations and served for three years as Vice President of the National Association of Forensic Economics (NAFE) which is the principal association in the field.  I was also on the Board of Editors of the peer-reviewed journal, the Journal of Forensic Economics, for over a decade; I have also published scholarly articles in this journal. The JFE is the leading academic journal in the field of Forensic Economics.

I wrote the first textbook on Forensic Economic Damages that has been used in university courses such as the University of Wisconsin, Penn State University, and in various other states. As an adjunct professor, I created and taught the first course in Forensic Economics nationwide, at DePaul University in Chicago.

I am the creator and founder of Ibbotson Associates' Stock, Bonds, Bills, and Inflation (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services.  SBBI is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities.  SBBI was originally published by Ibbotson Associates, Chicago, then by Morningstar, Inc., subsequently by Duff and Phelps, and currently published by Kroll, LLC.  The original SBBI series generated what became a six-book set universally used for business valuation, and currently available on an online platform.  These data series are widely relied upon and regarded as the most accepted and definitive scholarly references by the academic, actuarial and investment community, and in courts of law.  All three publishers of the SBBI series acknowledge me as the founder in 1983, for my "invaluable role" as having "originated the idea" of SBBI, which I then implemented while Managing Director at Ibbotson Associates.

I have performed economic analysis in many thousands of cases in almost every state and federal jurisdiction since the early 1980s.


BACKGROUND

Larry Blank was a 69.9-year-old, Caucasian, married male, who was born on ███████████, ██████, and died on September 10, 2022.  Mr. Blank's remaining life expectancy is estimated at 14.7 years. This data is from the National Center for Health Statistics, United States Life Tables, 2019, Vol. 70, No. 19, National Vital Statistics Reports, 2022.  I assume an estimated trial or resolution date of February 1, 2025.

2

BLANK PE000021

**SEG**

In order to perform this evaluation, I have reviewed the following materials: (1) the 1099s for Larry Blank from 2019 through 2022; (2) Plaintiffs' Original Complaint; (3) an informational interview with Beverly Blank dated July 18, 2024; and (4) the case information form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of life. The effective net discount rate using statistically average wage growth rates and statistically average discount rates is 0.25 percent.

My estimate of the real wage growth rate is 0.75 percent per year. This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

My estimate of the real discount rate is 1.00 percent per year. This discount rate is based on primarily the rate of return on short-term U.S. Treasury investment for the last 20 years. The data is from the statistical series H.15 Selected Interest Rates, published by the Board of Governors of the Federal Reserve System found at www.federalreserve.gov. This data is also published in the Economic Report of the President Table for "Bond yields and interest rates" for the real return on U.S. Treasury investments. I assume a tax rate of 3 percent based on federal tax rates from IRS Revenue Procedure 2023-34 found at www.irs.gov and state tax rates from the 2024 State Tax Handbook published by Wolters Kluwer, 2023. This rate applies to wage and interest earnings. After tax-adjusting, the real discount rate is reduced to 0.91 percent per year.

Estimates of real growth and tax-affected discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0. The rate of inflation for the past 20 years has been 2.58 percent.

## I(A). LOSS OF WAGES - Annual Employment

Tables 1 through 5 show the loss of wages for Larry Blank. Mr. Blank's wife, Beverly Blank, reports that Mr. Blank was employed by Edna Lumber as a superintendent at the time of his death. She reports that he used to oversee restaurant construction projects in his position. She states that he was responsible for making

BLANK PE000022

Smith Economics Group, Ltd. ▪ *312-943-1551*

Exhibit 1

SEG

sure that work was being performed correctly, projects were being completed on time, and workers had all of the necessary equipment. She recalls that Mr. Blank started working for Edna Lumber as a superintendent in 2013. She reports that he was working six months out of the year at the time of his death and was out of work for the remaining six months per year, which he started doing in 2020.

Mrs. Blank reports that Mr. Blank was receiving $1,495 per week plus per diem at the time of his death. She reports that his total pay, including per diem, was about $10,000 per month at the time of his death. She also reports that Mr. Blank's hours varied depending on his jobs. She states that Mr. Blank typically worked five to seven days per week for 8 to 12 hours per day for six months per year. She recalls that all of his jobs were in different states at the time of his death, and he did not return home until each job was completed.

Mrs. Blank reports that Mr. Blank had previously completed some college and owned a small construction business before he started working for Edna Lumber. She reports that he had no plans for retirement at the time of his death because he loved his job. She estimates that he would have continued to work as a superintendent for Edna Lumber six months per year beyond age 75 if he was physically able to do it.

The wage loss for Larry Blank is illustrated to start at his date of death at $38,870 per year in year 2022 dollars based on his actual pay of $1,495 per week and 26 weeks worked per year at the time of his death. Wages are illustrated to grow at the national average wage growth rate of 4.38 percent in 2023, and at an estimated national average wage growth rate of 2.75 percent in 2024 and 2025. Future wages are illustrated to grow at a real rate of 0.75 percent. Taxes of 3 percent are deducted from the wage loss.

Personal consumption is an offset of the income. I use a personal consumption offset based on a study by Ruble, Patton, and Nelson, "Patton-Nelson Personal Consumption Tables 2016-17," Journal of Legal Economics, Vol. 26, No. 1, 2020, pp. 221-225, based on data from the U.S. Department of Labor, Bureau of Labor Statistics, "Consumer Expenditure Survey, 2016-17," Washington DC, 2018, which shows personal consumption in this case to be 28.70 percent of wages for a two-person household.

I assume annual employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working through any age can be read off the table.

4

BLANK PE000023

SEG

Based on the above assumptions, my opinion of the wage loss is $426,183 ▶ Table 5; this figure assumes work to age 84.6, but the ability to work through any assumed age may be read from Table 5; for example, the loss to age 75 is $153,164.

I(B). LOSS OF SOCIAL SECURITY RETIREMENT BENEFITS AND TEACHING PENSION

Tables 6 through 10 show the loss of Social Security retirement benefits and teaching pension for Larry Blank. Mrs. Blank reports that Mr. Blank previously taught in the Construction Trades program at Eastern New Mexico University for five years approximately from 2005 to 2010. She does not recall when he started receiving a pension from teaching. She reports that Mr. Blank was also receiving Social Security benefits at the time of his death, which he started receiving at age 62 or 65. Social Security retirement benefit payments grow at the cost of living adjustment (COLA) decided by the Social Security Administration each year.

Mrs. Blank estimates that Mr. Blank was receiving $450 per month from his teaching pension and $1,200 to $1,300 per month in Social Security at the time of his death. She states that she has not received any of Mr. Blank's teaching pension since he passed away, and her own Social Security retirement benefits have remained unchanged.

The loss of Social Security benefits and teaching pension for Larry Blank in 2022 is illustrated at $7,595 in year 2021 dollars based on four months of his actual 2021 Social Security benefits of $17,166 and four months of his actual 2021 teaching pension of $5,618. The loss of Social Security benefits and teaching pension in 2023 and thereafter is illustrated at $22,784 in year 2021 dollars based on his actual 2021 Social Security benefits and teaching pension. The loss of Social Security benefits and teaching pension are illustrated to grow at the COLA of 5.90 percent in 2022, 8.70 percent in 2023, 3.20 percent in 2024, and at an estimated inflation rate of 2.00 percent in 2025. Future Social Security benefits and teaching pension are illustrated to grow at a real rate of zero percent. Taxes of zero percent are deducted from the Social Security retirement benefits and teaching pension. I use the same assumptions described above for annual employment and personal consumption.

Based on the above assumptions, my opinion of the loss of Social Security retirement benefits and teaching pension is $273,735 ▶ Table 10.

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000024

SEG

## II. LOSS OF HOUSEHOLD/FAMILY SERVICES

The following sections estimate the value of household/family services provided to Larry Blank's wife and children.  These services do not include loss of love, care, or affection, etc., but are the tangible services, valued as if they were provided by a person unknown to the household.  A discussion of these services can be found in the **Household Services Valuation Appendix**.  The hourly value of these services grows at the same rate as the wage growth rate discussed above.

It is standard forensic economic practice to conduct an informational interview to obtain information to assist in estimating economic losses, a practice recommended by National Association of Forensic Economics charter member Professor Gerald Martin, Ph.D. in his 2012 edition of <u>Determining Economic Damages</u>, Section 611, James Publishing Group, Santa Ana, CA.  Dr. Martin recommended this approach stating that this assessment can provide the expert "a basis for his estimate."  Subsequent editions have continued to recommend this approach.  Dr. Martin's <u>Determining Economic Damages</u> has been a widely referenced textbook in the field of Forensic Economics.

## II(A). LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOUSEHOLD MANAGEMENT SERVICES

Tables 11 through 13 show the pecuniary loss of tangible housekeeping chores and household management services.  The number of hours of housekeeping and household management services ranges from 8.75 to 17.50 hours per week and varies over time as Mr. Blank ages.  This data is based on the informational interview.

The hourly value of the housekeeping and household management services is based on the mean hourly earnings of carpenters; maintenance and repair workers; painters, construction and maintenance; childcare workers; waiters and waitresses; cooks, private household; laundry and dry-cleaning workers; maids and housekeeping cleaners; landscaping and groundskeeping workers; bookkeeping, accounting and auditing clerks; and passenger vehicle drivers, which is $21.13 per hour in year 2023 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2023 National Occupational Employment and Wage Statistics found at <u>www.bls.gov/oes</u>.  This figure is corroborated by the average hourly values published by Expectancy Data, <u>The Dollar Value of A Day: 2020 Dollar Valuation</u>, Shawnee Mission, KS, 2021, which is also based on the BLS Occupational Employment Statistics.

6

BLANK PE000025

Exhibit 1

SEG

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individuals who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as social security contributions, etc. If a person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for. The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors say that there is a "divergence" between "market wage" rates paid to the employee and the "retail market" value of the services, amounting to 167 percent. The authors indicate a ratio of $84.12 to $31.54. This is more than triple the 50 percent non-wage costs amount I use, discussed above. Cushing and Rosenbaum also cite Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services: Approaches and Markups," Forensic Rehabilitation & Economics, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost. The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for two possible variations: variations in the national wage depending on locality, and variations in different types of services actually performed in the household. Thus even if one or more of the different types of services are not performed, and even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for these factors.

According to Merry Maids, a national home cleaning service agency, the charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $40 to $65 per hour, averaging $49 per hour, in 2012. This hourly rate reflects non-wage costs of 250 percent of wages, and after adjusting for market factors, is four times the non-wage costs figure that I use, resulting in an hourly rate of

7

BLANK PE000026

Exhibit 1

SEG

more than double the rate that I use.  Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

Based on these assumptions, and Larry Blank's life expectancy of 84.6 years, my opinion of the loss of the value of housekeeping and household management services is $359,388 ► Table 13.


II(B).  LOSS OF HOUSEHOLD/FAMILY ADVICE, COUNSEL, GUIDANCE, INSTRUCTION AND TRAINING SERVICES

Tables 14 through 25 show the pecuniary loss of advice, counsel, guidance, instruction and training services sustained by Mr. Blank's wife and children using the estimated market-based valuation cost method.  Valuing the tangible, economic loss of household family services beyond the physical housekeeping chores is well-recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265, and Michigan Central v. Vreeland discussed in the Household Services Valuation Appendix. The tangible loss of advice, counsel, and guidance services is also discussed by Frank D. Tinari and Kristin Kucsma in Gerald D. Martin's Determining Economic Damages, James Publishing Group, Santa Ana, CA, 2009.  Dr. Tinari and Ms. Kucsma state that advice, counsel, and guidance services are "the provision of helpful opinion, advice and information to ones's spouse, children, and elderly parents, as the need arises, in the areas of family problems, medical concerns, schooling, careers, finances, personal relationships, etc.."

The hourly value of the loss is based on the mean hourly earnings of educational, guidance, and career counselors and advisors; marriage and family therapists; child, family and school social workers; social and human service assistants; clergy; directors, religious activities and education; coaches and scouts; elementary school teachers, except special education; and personal financial advisors, which is $34.44 per hour in year 2023 dollars.  This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2023 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individuals who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as the employer's share of social security contributions, etc.  If a

8

BLANK PE000027

Exhibit 1

**SEG**

person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for. The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors say that there is a "divergence" between "market wage" rates paid to the employee and the "retail market" value of the services, amounting to 167 percent. The authors indicate a ratio of $84.12 to $31.54. This is more than triple the 50 percent non-wage costs amount I use, discussed above. Cushing and Rosenbaum also cite Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services: Approaches and Markups," Forensic Rehabilitation & Economics, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost. The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for two possible variations: variations in the national wage depending on locality, and variations in different types of services actually performed in the household. Thus even if one or more of the different types of services are not performed, and even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for these factors.

According to Sylvan Learning Centers, a national home tutorial agency, charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $45 to $55 per hour, averaging $50 per hour. This reflects non-wage costs of well over 100 percent of wages, and is more than double the non-wage costs figure that I use, resulting in an hourly rate 40 percent higher than the rate I use. Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

Based on the interview, I estimate the hours at 1.0 hour per week for Mr. Blank's wife and children.

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000028

Exhibit 1

SEG

Based on these assumptions, my opinion of the loss of advice, counsel, guidance, instruction and training as a result of the death of Larry Blank is as follows:

$40,795 ▶ Table 16 for Beverly Blank;
$40,795 ▶ Table 19 for Matthew Blank;
$40,795 ▶ Table 22 for Mike Blank;
$40,795 ▶ Table 25 for Kelli Blank.

## II(C). LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES

Tables 26 through 37 show the pecuniary loss of accompaniment services sustained by Mr. Blank's wife and children using the estimated market-based valuation cost method. Valuing the tangible economic loss of household family services beyond physical housekeeping chores is well-recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265, and Michigan Central v. Vreeland discussed in the Household Services Valuation Appendix. The tangible economic loss of accompaniment services is also discussed by Frank D. Tinari, Ph.D., in a sub-section of chapter 6 of Gerald D. Martin's Determining Economic Damages, James Publishing Group, Santa Ana, CA, 2012, which states accompaniment does "not include consortium, intimate relations, love, and affection." Rather such accompaniment services "are more akin to those provided by a mere acquaintance" with whom one might "attend a movie, play cards, or take a stroll." Accompaniment does not require "any particular physical work activity or intimacy." Accompaniment is what can be provided by a hired home health aide or an "adult sitter."

The hourly value of the loss of accompaniment services is based on the mean hourly earnings of nursing assistants; home health and personal care aides; and childcare workers, which is $16.84 per hour in year 2023 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2023 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individual who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as the employer's share of social security contributions, etc. If a person were to hire a free-lance employee directly instead of going through an

BLANK PE000029

**Exhibit 1**

SEG

agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for.  The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior.  Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors say that there is a "divergence" between "market wage" rates paid to the employee and the "retail market" value of the services, amounting to 167 percent.  The authors indicate a ratio of $84.12 to $31.54.  This is more than triple the 50 percent non-wage costs amount I use, discussed above.  Cushing and Rosenbaum also cite Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services:  Approaches and Markups," Forensic Rehabilitation & Economics, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost.  The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for variations in the national wage depending on locality.  Thus even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for this factor.

According to Visiting Angels, a national companion care agency, charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $17 to $25 per hour, averaging $21 per hour.  This reflects non-wage costs of approximately 100 percent of wages, and is approximately double the non-wage costs figure that I use, resulting in an hourly rate of more than 25 percent higher than the rate that I use.  Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

Based on the interview, I estimate the hours at 4.0 hours per day for Mr. Blank's wife through 2027, when Mr. Blank turns 75, and 6.0 hours per day in 2028 and thereafter; and 3.0 hours per week for each of Mr. Blank's children through his life expectancy.

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000030

Exhibit 1

SEG

Based on these assumptions, my opinion of the loss of accompaniment as a result of the death of Larry Blank is as follows:

$739,393 ▶ Table 28 for Beverly Blank;
$ 59,827 ▶ Table 31 for Matthew Blank;
$ 59,827 ▶ Table 34 for Mike Blank;
$ 59,827 ▶ Table 37 for Kelli Blank.

III. LOSS OF VALUE OF LIFE

Tables 38 through 40 show the loss of the value of life. Economists have long agreed that life is valued at more than the lost earnings capacity. My estimate of the value of life is based on many economic studies on what we, as a contemporary society, actually pay to preserve the ability to lead a normal life. The studies examine incremental pay for risky occupations as well as a multitude of data regarding expenditure for life savings by individuals, industry, and state and federal agencies. Based on the average value of a statistical life and life expectancy of 84.6 years, my opinion of the loss of the value of life for Larry Blank is $2,347,591 ▶ Table 40.

My estimate of the value of life is consistent with estimates published in other studies that examine and review the broad spectrum of economic literature on the value of life. Among these is "The Plausible Range for the Value of Life," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R. Miller. This study reviews 67 different estimates of the value of life published by economists in peer-reviewed academic journals. The Miller results, in most instances, show the value of life to range from approximately $1.6 million to $2.9 million dollars in year 1988 after-tax dollars, with a mean of approximately $2.2 million dollars. In "The Value of Life: Estimates with Risks by Occupation and Industry," Economic Inquiry, Vol. 42, No. 1, May 2003, pp. 29-48, Professor W. K. Viscusi estimates the value of life to be approximately $4.7 million dollars in year 2000 dollars. An early seminal paper on the value of life was written by Richard Thaler and Sherwin Rosen, "The Value of Saving a Life: Evidence from the Labor Market." in N.E. Terlickyj (ed.), Household Production and Consumption. New York: Columbia University Press, 1975, pp. 265-300. The Meta-Analyses Appendix to this report reviews additional literature suggesting a value of life of approximately $5.4 million in year 2008 dollars.

Because it is generally accepted by economists, the economic methodology for the valuation of life has been found to meet the Daubert and Frye standards by many courts, along with the Rules of Evidence in many states nationwide. My testimony on the value of life has been accepted in over 275 state and federal cases

12

BLANK PE000031

Exhibit 1

SEG

nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions. Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts. Proof of general acceptance and other standards is found in a discussion of the extensive references to the scientific economic peer-reviewed literature on the value of life listed in the **Value of Life Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two general groups: (1) consumer behavior and purchases of safety devices; and (2) wage risk premiums to workers. I rely only on the peer-reviewed studies. One consumer safety study analyzes the costs of smoke detectors and the lifesaving reduction associated with them. One wage premium study examines the differential rates of pay for dangerous occupations with a risk of death on the job. Just as workers receive shift premiums for undesirable work hours, workers also receive a higher rate of pay to accept a increased risk of death on the job. There are also studies consisting of cost-benefit analyses of regulations. A cost-benefit study of government regulation examines the lifesaving resulting from the installation of smoke stack scrubbers at high-sulphur, coal-burning power plants. As a hypothetical example of the value of a statistical life (VSL) methodology, assume that a safety device such as a carbon monoxide detector costs $46 and results in lowering a person's risk of premature death by one chance in 100,000. The cost per life saved is obtained by dividing $46 by the one in 100,000 probability, yielding $4,600,000. Overall, based on the peer-reviewed economic literature, I estimate the central tendency of the range of the economic studies to be approximately $6.0 million in year 2024 dollars.

## IV. LOSS OF SOCIETY OR RELATIONSHIP

Tables 41 through 52 show the loss of society or relationship sustained by Mr. Blank's wife and children. The value of the loss of society or relationship by family members with the injured can be based on a measure of the value of preserving the ability to live a normal life. This is discussed in the article, "The Relevance of Willingness-To-Pay Estimates of the Value of a Statistical Life in Determining Wrongful Death Awards," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 75-89, by L. G. Chestnut and D. M. Violette. It is also discussed in "The Value of Life to Close Family Members: Calculating the Loss of Society and Companionship," The New Hedonics Primer for Economists and Attorneys, Second Edition, Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1997, pp. 377-384, by Stan V. Smith, and republished in "The Value of

13

BLANK PE000032

Exhibit 1

**SEG**

Life to Close Family Members:  Calculating the Loss of Society and Companionship," <u>American Rehabilitation Economics Association 1997 Monograph</u>, pp. 10-16.

It is standard forensic economic practice to conduct an informational interview to obtain information to assist in estimating economic losses, a practice recommended by National Association of Forensic Economics charter member Professor Gerald Martin, Ph.D. in his 2012 edition of <u>Determining Economic Damages</u>, Section 611, James Publishing Group, Santa Ana, CA.  Dr. Martin recommended this approach stating that this assessment can provide the expert "a basis for his estimate."  Subsequent editions have continued to recommend this approach.  Dr. Martin's <u>Determining Economic Damages</u> has been a widely referenced textbook in the field of Forensic Economics.

Based on a benchmark loss of 50 percent for Mr. Blank's wife and 40 percent for each of Mr. Blank's children, my opinion of the loss of relationship as a result of the death of Larry Blank is as follows:

$1,411,563 ▸ Table 43 for Beverly Blank;
$2,161,039 ▸ Table 46 for Matthew Blank;
$2,243,326 ▸ Table 49 for Mike Blank;
$2,548,545 ▸ Table 52 for Kelli Blank.

--------------------------------------------

Other factors may be weighed to determine if these estimated losses for Larry Blank should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the estimated losses are calculated from September 10, 2022 through an assumed trial or resolution date of February 1, 2025, and from that date thereafter.  The last table in each set accumulates the past and future estimated losses.  These estimates are provided as a tool, an aid, and a guide to assist the evaluation by others.

All opinions expressed in this report are clearly labeled as such.  They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty.  Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

14

BLANK PE000033

Exhibit 1

SEG

If additional information is provided to me, which could alter my
opinions, I may incorporate any such information into an update,
revision, addendum, or supplement of the opinions expressed in
this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

BLANK PE000034

Exhibit 1

SEG

---

## APPENDIX: HOUSEHOLD SERVICES VALUATION

Courts have long recognized claims for the value of tangible household family services as an element of damages in personal injury and wrongful death cases, as an aspect of the pecuniary loss in such cases.  These services are those that are provided by the injured family member to himself or herself and to other family members, without charge or cost.  Other family members who may benefit from such services can include spouses, children, parents or siblings; such family members do not necessarily have to reside in the same household to receive such services.

Economists and courts have also long recognized that an appropriate method in valuing the pecuniary loss of such tangible services is to value their **estimated market-based costs** by examining costs paid in labor markets that provide generally comparable services for. Thus, economists can value the service by looking at market equivalents from which a pecuniary standard can be established.  This approach is set forth in the 1913 U.S.Supreme Court Decision, <u>Michigan Central Railroad Company v. Vreeland</u>, 227 U.S. 59 (1913).  So this method is over a century old.

The Supreme Court's suggestion in valuing compensable services in the Vreeland decision is a standard that is not rigid, but actually rather general: "[The] pecuniary loss or damage must be one which can be measured by some standard.... Compensation for such loss manifestly does not include damages by way of recompense for grief or wounded feelings." <u>Michigan Central v. Vreeland</u>.

Examples of lost household services that used to be performed by persons (whether fatally or non-fatally injured) can include, but are not limited to, physical chores such as mowing the lawn, painting the house, cleaning the windows, doing the laundry, washing and repairing the car, preparing the meals and doing the dishes, among others.  For many decades economists have met the Supreme Court's general standard by using labor market equivalents for cooks, laundry workers, gardeners, maids, etc. in valuing the physical chores regarding housekeeping services.

Additionally, courts and economists have recognized that tangible services to family members include services well beyond the physical housekeeping chores, including accompaniment and advice. Services performed by family members includes much, much more than the physical housekeeping chores.  This view is affirmed by Frank D. Tinari, Ph.D., in a peer-reviewed, scientific, economic journal article "Household Services: Toward a More Comprehensive Measure," <u>Journal of Forensic Economics</u>, Vol. 11, No. 3, Fall 1998, pp. 253-265.  Dr. Tinari has been a tenured Professor at

16

BLANK PE000035

**Exhibit 1**

SEG

Seton Hall University, and is a former president of the National Association of Forensic Economics.  There has been no peer-reviewed critique of this article since it appeared.

Economic literature indicates that a person may have provided services of many other professions such as that of a chauffeur, driving other family members to appointments, or that of a security guard, especially regarding the injury to a male spouse, etc.  Every family member acts as a companion to other family members.  And it is common for family members to act as counselors for one another, typically providing advice and counsel on important personal, family, medical, financial, career or other issues.  The marketplace can and does value such items of loss. If the person cannot provide these services, or does so at a reduced capacity or rate, there is a distinct and definite loss to the other family members.  These losses have a definite and easily measurable pecuniary value.  Vreeland requires only that a "reasonable expectation" of loss of services be proven and that such loss be valued by some standard, a reasonably-based economic standard, to allow recovery.

The economic literature on recovery of loss of services discusses an estimated **market-oriented valuation cost method** to assess the pecuniary value of the loss of accompaniment services, as well as the value of advice, counsel, guidance, instruction and training services that family members provide to one another, within a broadly defined scope of family services.  See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure, " Journal of Forensic Economics, Vol. 11, No. 3, Fall 1998, pp. 253-265.

Finally, according to Chief Justice Robert Wilentz of the Supreme Court of New Jersey, in Green v. Bittner, 85 NJ 1, 1980, pp. 12, accompaniment and advice services, to be compensable, must be that which would have provided services substantially equivalent to those provided by the companions often hired today by the aged or infirm, or substantially equivalent to services provided by nurses or practical nurses; and its value must be confined to what **"the marketplace would pay** a stranger with similar qualifications for performing such services."

In valuing the household services that are provided by family members to one another, beyond the physical housekeeping chores, both the U.S Supreme Court and the New Jersey Supreme Court discuss looking at labor markets for the equivalent market value of such services.  This methodology is identical to the traditional approach that economists have been using for over six decades in valuing the physical chores involved in housekeeping services.  2369

17

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000036

Exhibit 1

SEG

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the Daubert and Frye standards by many courts, along with the Rules of Evidence in many states nationwide. My testimony on the value of life has been accepted in over 275 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions. Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts. The Daubert standard sets forth four criteria:

1.   Testing of the theory and science

2.   Peer Review

3.   Known or potential rate of error

4.   Generally accepted.

**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s. Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life. The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below.

**Peer Review** of the concepts and methodology have been extraordinarily extensive. One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, Journal of Economic Literature, Vol. 31, December 1993, pp. 1912-1946. A second is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, Journal of Risk and Uncertainty, Vol. 27, No. 1, November 2002, pp. 5-76. Additional theoretical and empirical work by Viscusi, a leading researcher in the field, can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005. An additional peer-reviewed article discusses the application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic. This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, Northwestern University Law Review, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000037

Exhibit 1

SEG

Litigation," by Stan V. Smith in Gaughan and Thornton, eds., Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Vol. 74, pp. 39-59, JAI Press, Greenwich, CT, 1993. Kenneth Arrow, a Nobel Laureate in economics, discusses this method for valuing life in "Invaluable Goods," Journal of Economic Literature, Vol. 35, No. 2, 1997, pp. 759. See the Meta-Analyses Appendix for an additional review of the literature.

**The known or potential rate of error** is well researched. All of these articles discuss the known or potential rate of error, well within the acceptable standard in the field of economics, generally using a 95% confidence rate for the statistical testing and acceptance of results. There are few areas in the field of economics where the known or potential rate of error has been as well-accepted and subject to more extensive investigation.

**General Acceptance** of the concepts and methodology on the value of life in the field of economics is extensive. This methodology is and has been generally accepted in the field of economics for many years. Indeed, according to the prestigious and highly-regarded research institute, The Rand Corporation, by 1988, the peer-reviewed scientific methods for estimating the value of life were well-accepted: "Most economists would agree that the willingness-to-pay methodology is the most conceptually appropriate criterion for establishing the value of life," Computing Economic loss in Cases of Wrongful Death, King and Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic journals, additional proof of general acceptance is now indicated by the fact that this methodology is now taught in standard economics courses at the undergraduate and graduate level throughout hundreds of colleges and universities nationwide as well as the fact that it is taught and discussed in widely-accepted textbooks in the field of law and economics: Economics, Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston, 2006, pp. 463-465; this introductory economics textbook is the third most widely used textbook in college courses nationwide. Hamermesh and Rees's The Economics of Work and Pay, Harper-Collins, 1993, Chapter 13, a standard advanced textbook in labor economics, also discusses the methodology for valuing life. Other textbooks discuss this topic as well. Richard Posner, a Judge and former Chief Judge of the U.S. Court of Appeals for the highly regarded 7th Circuit and Senior Lecturer at the University of Chicago Law School, one of most prolific legal writers in America, details the Value of Life approach in his widely used textbooks: Economic Analysis of Law, 1986, Little Brown & Co., pp. 182-185 and Tort Law, 1982, Little Brown & Co., pp. 120-126.

As further evidence of general acceptance in the field, some surveys (albeit non-scientific) published in the field of

19

BLANK PE000038

SEG

forensic economics show that hundreds of economists nationwide are now familiar with this methodology and are available to prepare (and critique) forensic economic value of life estimates. Indeed, some economists who indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have done.  That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques.  The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area.  While some CPAs and others without a degree in economics have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements. However, as in any field of economics, this area is not without any dissent.  General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life. Forensic Economics is now taught as a special field in a number of institutions nationwide.  I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990.  My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in at least 5 colleges and universities nationwide in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is one of 15 major topic areas taught in such courses.

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed Journal of Forensic Economics, where there have been published many articles on the value of life.  Some are cited above.  Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." Stan V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and Stan V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury:  A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F.

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000039

Exhibit 1

SEG

Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130. Professor Ike Mathur, while Chairman of the Department of Finance at Southern Illinois University wrote an article on how the value of life studies can be used to provide a basis for estimating the value of life per year in application to litigation.  This article corroborates my approach: "Estimating Value of Life per Life Year."  I. Mathur, Journal of Forensic Economics, Vol. 3, No. 3, 1990, pp. 95-96.  As do many of the authors of applications of the value of life literature to litigation economics, Professor Mathur has frequently testified in court, and courts have admitted his testimony.

It is important to note that this methodology is endorsed and employed by the U. S. Government as the standard and recommended approach for use by all U. S. Agencies in valuing life for policy purposes, as mandated in current and past Presidential Executive Orders in effect since 1972, and as discussed in "Report to Congress on the Costs and Benefits of Federal Regulations," Office of Management and Budget, 1998, and "Economic Analysis of Federal Regulations Under Executive Order 12866," Executive Office of the President, Office of Management and Budget, pp. 1-37, and "Report to the President on Executive Order No. 12866," Regulatory Planning and Review, May 1, 1994, Office of Information and Regulatory Affairs, Office of Management and Budget.  Prior presidents signed similar orders as discussed in "Federal Agency Valuations of Human life," Administrative Conference of the United States, Report for Recommendation 88-7, December 1988, pp. 368-408.  926

BLANK PE000040

Exhibit 1

SEG

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list the principal systematic reviews (meta-analyses), since the year 2000, of the value of life literature, and the values of a statistical life that they recommend.  In statistics, a meta-analysis combines the results of several studies that address a set of related research hypotheses.  Meta-analysis increase the statistical power of studies by analyzing a group of studies and provide a more powerful and accurate data analysis than would result from analyzing each study alone.  Based on those reviews, the Summary Table suggests a best estimate. The following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4 and $7.5 million, with $5.9 million in year 2005 dollars representing a conservative yet credible estimate of the average (and range midpoint) of the values of a statistical life published in the studies in year 2005 dollars.  Net of human capital, a credible net value of life based on all these literature reviews to be $4.8 million in year 2005 dollars, or $5.4 million in year 2008 dollars.

The actual value that I use, $4.1 million in year 2008 dollars ($6.0 million in year 2024 dollars) is approximately 24 percent lower than a conservative average estimate based on the credible meta-analyses.  This value was originally based on a review conducted in the late 1980s, averaging the results published by that time.  I have increased that late 1980s value only by inflation over time, despite the fact a review of literature over the years since that time has put obvious upward pressure on the figure that I use.

BLANK PE000041

Exhibit 1

**SEG**

## VALUE OF STATISTICAL LIFE SUMMARY TABLE

Mean and range of value of statistical life estimates (in 2005 dollars) from the best meta-analyses and systematic reviews since 2000 and characteristics of those reviews.

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|---|---|---|---|---|---|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates | $6.0M | + or - 44% | Labor market survey |
| Bellavance 2006 (published in 2009) | Yes | 37 estimates | $7.5M | + or - 19% | Labor market |

Adapted from Ted R. Miller's paper "Hedonic Damages," Journal of Forensic Economics, Vol. 20, No. 2 (October 2008), pp. 137-153.

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000042

Exhibit 1

SEG

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Miller, Ted R, "Variations between Countries in Values of Statistical Life", Journal of Transport Economics and Policy, Vol. 34, No. 2 (May 2000), pp. 169-188.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression.  Mrozek, Janusz R. and Laura O. Taylor, "What Determines the Value of Life?  A Meta-Analysis", Journal of Policy Analysis and Management, Vol. 21, No. 2 (2002), pp. 253-270.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  W.K. Viscusi and J.E. Aldy, "The Value of a Statistical Life:  A Critical Review of Market Estimates Throughout the World", Journal of Risk and Uncertainty, Vol. 27, No. 1 (2003), pp. 5-76.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies.  Kochi, Ikuho, Bryan Hubbell, and Randall Kramer, "An Empirical Bayes Approach to Combining and Comparing Estimates of the Value of a Statistical Life for Environmental Policy Analysis", Environmental and Resource Economics, Vol. 34 (2006), pp. 385-406.

Bellavance et al. (2009) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate.  Bellavance, Francois, Georges Dionne, and Martin Lebeau, "The Value of a Statistical Life: A Meta-Analysis with a Mixed Effects Regression Model," Journal of Health Economics, Vol. 28, Issue 2, (2009), pp. 444-464.  3A22

24

BLANK PE000043

**Exhibit 1**

SEG

## SUMMARY OF LOSSES FOR LARRY BLANK

| TABLE | DESCRIPTION | ESTIMATE |
|-------|-------------|----------|
| ***** | ****************************** | *********** |
| | **EARNINGS** | |
| | LOSS OF WAGES, NET OF PERSONAL CONSUMPTION | |
| 5 | Annual Employment to age 75 | $ 153,164 |
| | LOSS OF SOCIAL SECURITY RETIREMENT BENEFITS AND TEACHING PENSION, NET OF | |
| 10 | PERSONAL CONSUMPTION | $ 273,735 |
| | ------------------------------------------ | |
| | **HOUSEHOLD/FAMILY SERVICES** | |
| | LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING | |
| 13 | AND HOME MANAGEMENT SERVICES | $ 359,388 |
| | LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | |
| 16 | Beverly Blank | $ 40,795 |
| 19 | Matthew Blank | $ 40,795 |
| 22 | Mike Blank | $ 40,795 |
| 25 | Kelli Blank | $ 40,795 |
| | LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | |
| 28 | Beverly Blank | $ 739,393 |
| 31 | Matthew Blank | $ 59,827 |
| 34 | Mike Blank | $ 59,827 |
| 37 | Kelli Blank | $ 59,827 |
| | ------------------------------------------ | |
| | **LOSS OF ENJOYMENT OF LIFE** | |
| 40 | LOSS OF VALUE OF LIFE | $2,347,591 |
| | ------------------------------------------ | |

(CONTINUED ON NEXT PAGE)

25

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000044

SEG

## SUMMARY OF LOSSES FOR LARRY BLANK (CONT.)

| TABLE | DESCRIPTION | ESTIMATE |
| ----- | ---------------------------------- | ----------- |
| ***** | **************************** | *********** |

### LOSS OF SOCIETY AND RELATIONSHIP

LOSS OF RELATIONSHIP

| 43 | Beverly Blank | $1,411,563 |
| 46 | Matthew Blank | $2,161,039 |
| 49 | Mike Blank | $2,243,326 |
| 52 | Kelli Blank | $2,548,545 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions.  Please refer to the report and the tables for all the opinions.

Smith Economics Group, Ltd. ▪ *312-943-1551*

BLANK PE000045

**Exhibit 1**

Table 1

LOSS OF PAST WAGES
2022 - 2025

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|---------|-----------|
| **** | *** | ******* | ******** |
| 2022 | 70 | $11,569 | $11,569 |
| 2023 | 71 | 39,355 | 50,924 |
| 2024 | 72 | 40,438 | 91,362 |
| 2025 | 73 | 3,529 | $94,891 |

LARRY BLANK   $94,891

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000046

Exhibit 1

Table 2

LOSS OF PAST PERSONAL CONSUMPTION
2022 - 2025

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | *********** | ******** |
| 2022 | 70 | -$3,320 | -$3,320 |
| 2023 | 71 | -11,295 | -14,615 |
| 2024 | 72 | -11,606 | -26,221 |
| 2025 | 73 | -1,013 | -$27,234 |

LARRY BLANK     -$27,234

SMITH ECONOMICS GROUP, LTD.   312/943-1551     BLANK PE000047

**Exhibit 1**

Table 3

PRESENT VALUE OF FUTURE WAGES
2025 - 2037

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|--------|-------|----------|
| **** | *** | ******* | ******** | ******** | ******** |
| 2025 | 73 | $38,021 | 0.99174 | $37,707 | $37,707 |
| 2026 | 74 | 41,862 | 0.98280 | 41,142 | 78,849 |
| 2027 | 75 | 42,176 | 0.97394 | 41,077 | 119,926 |
| 2028 | 76 | 42,492 | 0.96515 | 41,011 | 160,937 |
| 2029 | 77 | 42,811 | 0.95645 | 40,947 | 201,884 |
| 2030 | 78 | 43,132 | 0.94782 | 40,881 | 242,765 |
| 2031 | 79 | 43,455 | 0.93928 | 40,816 | 283,581 |
| 2032 | 80 | 43,781 | 0.93081 | 40,752 | 324,333 |
| 2033 | 81 | 44,109 | 0.92241 | 40,687 | 365,020 |
| 2034 | 82 | 44,440 | 0.91409 | 40,622 | 405,642 |
| 2035 | 83 | 44,773 | 0.90585 | 40,558 | 446,200 |
| 2036 | 84 | 45,109 | 0.89768 | 40,493 | 486,693 |
| 2037 | 85 | 18,054 | 0.89445 | 16,148 | $502,841 |

LARRY BLANK                          $502,841

BLANK PE000048

Table 4

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2025 - 2037

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | ********* | ********* |
| 2025 | 73 | -$10,912 | 0.99174 | -$10,822 | -$10,822 |
| 2026 | 74 | -12,014 | 0.98280 | -11,807 | -22,629 |
| 2027 | 75 | -12,105 | 0.97394 | -11,790 | -34,419 |
| 2028 | 76 | -12,195 | 0.96515 | -11,770 | -46,189 |
| 2029 | 77 | -12,287 | 0.95645 | -11,752 | -57,941 |
| 2030 | 78 | -12,379 | 0.94782 | -11,733 | -69,674 |
| 2031 | 79 | -12,472 | 0.93928 | -11,715 | -81,389 |
| 2032 | 80 | -12,565 | 0.93081 | -11,696 | -93,085 |
| 2033 | 81 | -12,659 | 0.92241 | -11,677 | -104,762 |
| 2034 | 82 | -12,754 | 0.91409 | -11,658 | -116,420 |
| 2035 | 83 | -12,850 | 0.90585 | -11,640 | -128,060 |
| 2036 | 84 | -12,946 | 0.89768 | -11,621 | -139,681 |
| 2037 | 85 | -5,181 | 0.89445 | -4,634 | -$144,315 |

LARRY BLANK                                    -$144,315

SMITH ECONOMICS GROUP, LTD.   312/943-1551     BLANK PE000049

**Exhibit 1**

Table 5

### PRESENT VALUE OF NET WAGE LOSS
### 2022 - 2037

| YEAR | AGE | WAGES | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|----------------------|-------|----------|
| **** | *** | ******** | *********** | ******** | ******** |
| 2022 | 70 | $11,569 | -$3,320 | $8,249 | $8,249 |
| 2023 | 71 | 39,355 | -11,295 | 28,060 | 36,309 |
| 2024 | 72 | 40,438 | -11,606 | 28,832 | 65,141 |
| 2025 | 73 | 41,236 | -11,835 | 29,401 | 94,542 |
| 2026 | 74 | 41,142 | -11,807 | 29,335 | 123,877 |
| 2027 | 75 | 41,077 | -11,790 | 29,287 | 153,164 |
| 2028 | 76 | 41,011 | -11,770 | 29,241 | 182,405 |
| 2029 | 77 | 40,947 | -11,752 | 29,195 | 211,600 |
| 2030 | 78 | 40,881 | -11,733 | 29,148 | 240,748 |
| 2031 | 79 | 40,816 | -11,715 | 29,101 | 269,849 |
| 2032 | 80 | 40,752 | -11,696 | 29,056 | 298,905 |
| 2033 | 81 | 40,687 | -11,677 | 29,010 | 327,915 |
| 2034 | 82 | 40,622 | -11,658 | 28,964 | 356,879 |
| 2035 | 83 | 40,558 | -11,640 | 28,918 | 385,797 |
| 2036 | 84 | 40,493 | -11,621 | 28,872 | 414,669 |
| 2037 | 85 | 16,148 | -4,634 | 11,514 | $426,183 |
| LARRY BLANK | | $597,732 | -$171,549 | $426,183 | |

**SMITH ECONOMICS GROUP, LTD.   312/943-1551**    BLANK PE000050

**Exhibit 1**

Table 6

LOSS OF PAST SOCIAL SECURITY AND PENSION
2022 - 2025

| YEAR | AGE | INCOME | CUMULATE |
|------|-----|--------|----------|
| **** | *** | ******* | ******** |
| 2022 | 70 | $8,043 | $8,043 |
| 2023 | 71 | 26,227 | 34,270 |
| 2024 | 72 | 27,067 | 61,337 |
| 2025 | 73 | 2,345 | $63,682 |

LARRY BLANK   $63,682

**SMITH ECONOMICS GROUP, LTD.   312/943-1551**   BLANK PE000051

**Exhibit 1**

Table 7

LOSS OF PAST PERSONAL CONSUMPTION
2022 - 2025

|      |     | PERSONAL |          |
|------|-----|----------|----------|
| YEAR | AGE | CONSUMPTION | CUMULATE |
| **** | *** | ********** | ******** |
| 2022 | 70 | -$2,308 | -$2,308 |
| 2023 | 71 | -7,527 | -9,835 |
| 2024 | 72 | -7,768 | -17,603 |
| 2025 | 73 | -673 | -$18,276 |

LARRY BLANK    -$18,276

BLANK PE000052

Exhibit 1

Table 8

PRESENT VALUE OF FUTURE SOCIAL SECURITY AND PENSION
2025 - 2037

| YEAR | AGE | INCOME | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------|-----------------|---------------|----------|
| **** | *** | ******* | ******** | ******** | ******** |
| 2025 | 73 | $25,263 | 0.99174 | $25,055 | $25,055 |
| 2026 | 74 | 27,608 | 0.98280 | 27,133 | 52,188 |
| 2027 | 75 | 27,608 | 0.97394 | 26,889 | 79,077 |
| 2028 | 76 | 27,608 | 0.96515 | 26,646 | 105,723 |
| 2029 | 77 | 27,608 | 0.95645 | 26,406 | 132,129 |
| 2030 | 78 | 27,608 | 0.94782 | 26,167 | 158,296 |
| 2031 | 79 | 27,608 | 0.93928 | 25,932 | 184,228 |
| 2032 | 80 | 27,608 | 0.93081 | 25,698 | 209,926 |
| 2033 | 81 | 27,608 | 0.92241 | 25,466 | 235,392 |
| 2034 | 82 | 27,608 | 0.91409 | 25,236 | 260,628 |
| 2035 | 83 | 27,608 | 0.90585 | 25,009 | 285,637 |
| 2036 | 84 | 27,608 | 0.89768 | 24,783 | 310,420 |
| 2037 | 85 | 10,968 | 0.89445 | 9,810 | $320,230 |

LARRY BLANK                                    $320,230

SMITH ECONOMICS GROUP, LTD.   312/943-1551

BLANK PE000053

**Exhibit 1**

Table 9

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION
2025 - 2037

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | ******** | ******** |
| 2025 | 73 | -$7,250 | 0.99174 | -$7,190 | -$7,190 |
| 2026 | 74 | -7,923 | 0.98280 | -7,787 | -14,977 |
| 2027 | 75 | -7,923 | 0.97394 | -7,717 | -22,694 |
| 2028 | 76 | -7,923 | 0.96515 | -7,647 | -30,341 |
| 2029 | 77 | -7,923 | 0.95645 | -7,578 | -37,919 |
| 2030 | 78 | -7,923 | 0.94782 | -7,510 | -45,429 |
| 2031 | 79 | -7,923 | 0.93928 | -7,442 | -52,871 |
| 2032 | 80 | -7,923 | 0.93081 | -7,375 | -60,246 |
| 2033 | 81 | -7,923 | 0.92241 | -7,308 | -67,554 |
| 2034 | 82 | -7,923 | 0.91409 | -7,242 | -74,796 |
| 2035 | 83 | -7,923 | 0.90585 | -7,177 | -81,973 |
| 2036 | 84 | -7,923 | 0.89768 | -7,112 | -89,085 |
| 2037 | 85 | -3,148 | 0.89445 | -2,816 | -$91,901 |

LARRY BLANK                                    -$91,901

SMITH ECONOMICS GROUP, LTD.   312/943-1551     BLANK PE000054

**Exhibit 1**

Table 10

PRESENT VALUE OF NET SOCIAL SECURITY AND PENSION LOSS
2022 - 2037

| YEAR | AGE | INCOME | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|--------|----------------------|-------|----------|
| **** | *** | ******** | *********** | ******** | ******** |
| 2022 | 70 | $8,043 | -$2,308 | $5,735 | $5,735 |
| 2023 | 71 | 26,227 | -7,527 | 18,700 | 24,435 |
| 2024 | 72 | 27,067 | -7,768 | 19,299 | 43,734 |
| 2025 | 73 | 27,400 | -7,863 | 19,537 | 63,271 |
| 2026 | 74 | 27,133 | -7,787 | 19,346 | 82,617 |
| 2027 | 75 | 26,889 | -7,717 | 19,172 | 101,789 |
| 2028 | 76 | 26,646 | -7,647 | 18,999 | 120,788 |
| 2029 | 77 | 26,406 | -7,578 | 18,828 | 139,616 |
| 2030 | 78 | 26,167 | -7,510 | 18,657 | 158,273 |
| 2031 | 79 | 25,932 | -7,442 | 18,490 | 176,763 |
| 2032 | 80 | 25,698 | -7,375 | 18,323 | 195,086 |
| 2033 | 81 | 25,466 | -7,308 | 18,158 | 213,244 |
| 2034 | 82 | 25,236 | -7,242 | 17,994 | 231,238 |
| 2035 | 83 | 25,009 | -7,177 | 17,832 | 249,070 |
| 2036 | 84 | 24,783 | -7,112 | 17,671 | 266,741 |
| 2037 | 85 | 9,810 | -2,816 | 6,994 | $273,735 |
| LARRY BLANK | | $383,912 | -$110,177 | $273,735 | |

**SMITH ECONOMICS GROUP, LTD.   312/943-1551**

BLANK PE000055

**Exhibit 1**

Table 11

LOSS OF PAST HOUSEHOLD SERVICES
2022 - 2025

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ********* | ******** |
| 2022 | 70 | $4,240 | $4,240 |
| 2023 | 71 | 14,423 | 18,663 |
| 2024 | 72 | 14,820 | 33,483 |
| 2025 | 73 | 1,293 | $34,776 |

LARRY BLANK    $34,776

SMITH ECONOMICS GROUP, LTD.    312/943-1551    BLANK PE000056

**Exhibit 1**

Table 12

PRESENT VALUE OF FUTURE HOUSEHOLD SERVICES
2025 - 2037

| YEAR | AGE | HOUSEHOLD SERVICES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------------|-----------------|---------------|----------|
| **** | *** | ********* | ******** | ******** | ******** |
| 2025 | 73 | $13,934 | 0.99174 | $13,819 | $13,819 |
| 2026 | 74 | 15,341 | 0.98280 | 15,077 | 28,896 |
| 2027 | 75 | 15,456 | 0.97394 | 15,053 | 43,949 |
| 2028 | 76 | 31,145 | 0.96515 | 30,060 | 74,009 |
| 2029 | 77 | 31,379 | 0.95645 | 30,012 | 104,021 |
| 2030 | 78 | 31,614 | 0.94782 | 29,964 | 133,985 |
| 2031 | 79 | 31,851 | 0.93928 | 29,917 | 163,902 |
| 2032 | 80 | 32,090 | 0.93081 | 29,870 | 193,772 |
| 2033 | 81 | 32,331 | 0.92241 | 29,822 | 223,594 |
| 2034 | 82 | 32,573 | 0.91409 | 29,775 | 253,369 |
| 2035 | 83 | 32,817 | 0.90585 | 29,727 | 283,096 |
| 2036 | 84 | 33,063 | 0.89768 | 29,680 | 312,776 |
| 2037 | 85 | 13,233 | 0.89445 | 11,836 | $324,612 |

LARRY BLANK                              $324,612

Table 13

PRESENT VALUE OF NET HOUSEHOLD SERVICES
2022 - 2037

|      |     | HOUSEHOLD |           |
|------|-----|-----------|-----------|
| YEAR | AGE | SERVICES  | CUMULATE  |
| **** | *** | ********* | ******** |
| 2022 | 70  | $4,240    | $4,240    |
| 2023 | 71  | 14,423    | 18,663    |
| 2024 | 72  | 14,820    | 33,483    |
| 2025 | 73  | 15,112    | 48,595    |
| 2026 | 74  | 15,077    | 63,672    |
| 2027 | 75  | 15,053    | 78,725    |
| 2028 | 76  | 30,060    | 108,785   |
| 2029 | 77  | 30,012    | 138,797   |
| 2030 | 78  | 29,964    | 168,761   |
| 2031 | 79  | 29,917    | 198,678   |
| 2032 | 80  | 29,870    | 228,548   |
| 2033 | 81  | 29,822    | 258,370   |
| 2034 | 82  | 29,775    | 288,145   |
| 2035 | 83  | 29,727    | 317,872   |
| 2036 | 84  | 29,680    | 347,552   |
| 2037 | 85  | 11,836    | $359,388  |

LARRY BLANK    $359,388

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000058

**Exhibit 1**

Table 14

LOSS OF PAST GUIDANCE TO BEVERLY
2022 - 2025

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2022 | 69 | $790 | $790 |
| 2023 | 70 | 2,686 | 3,476 |
| 2024 | 71 | 2,760 | 6,236 |
| 2025 | 72 | 241 | $6,477 |
| BLANK | | $6,477 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551

BLANK PE000059

**Exhibit 1**

Table 15

PRESENT VALUE OF FUTURE GUIDANCE TO BEVERLY
2025 - 2037

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******* | ******** |
| 2025 | 72 | $2,595 | 0.99174 | $2,574 | $2,574 |
| 2026 | 73 | 2,857 | 0.98280 | 2,808 | 5,382 |
| 2027 | 74 | 2,878 | 0.97394 | 2,803 | 8,185 |
| 2028 | 75 | 2,900 | 0.96515 | 2,799 | 10,984 |
| 2029 | 76 | 2,922 | 0.95645 | 2,795 | 13,779 |
| 2030 | 77 | 2,944 | 0.94782 | 2,790 | 16,569 |
| 2031 | 78 | 2,966 | 0.93928 | 2,786 | 19,355 |
| 2032 | 79 | 2,988 | 0.93081 | 2,781 | 22,136 |
| 2033 | 80 | 3,010 | 0.92241 | 2,776 | 24,912 |
| 2034 | 81 | 3,033 | 0.91409 | 2,772 | 27,684 |
| 2035 | 82 | 3,056 | 0.90585 | 2,768 | 30,452 |
| 2036 | 83 | 3,079 | 0.89768 | 2,764 | 33,216 |
| 2037 | 84 | 1,232 | 0.89445 | 1,102 | $34,318 |

BEVERLY BLANK                                    $34,318

SMITH ECONOMICS GROUP, LTD.  312/943-1551    BLANK PE000060

Table 16

PRESENT VALUE OF NET GUIDANCE TO BEVERLY
2022 - 2037

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2022 | 69 | $790 | $790 |
| 2023 | 70 | 2,686 | 3,476 |
| 2024 | 71 | 2,760 | 6,236 |
| 2025 | 72 | 2,815 | 9,051 |
| 2026 | 73 | 2,808 | 11,859 |
| 2027 | 74 | 2,803 | 14,662 |
| 2028 | 75 | 2,799 | 17,461 |
| 2029 | 76 | 2,795 | 20,256 |
| 2030 | 77 | 2,790 | 23,046 |
| 2031 | 78 | 2,786 | 25,832 |
| 2032 | 79 | 2,781 | 28,613 |
| 2033 | 80 | 2,776 | 31,389 |
| 2034 | 81 | 2,772 | 34,161 |
| 2035 | 82 | 2,768 | 36,929 |
| 2036 | 83 | 2,764 | 39,693 |
| 2037 | 84 | 1,102 | $40,795 |
| | | | |
| BLANK | | $40,795 | |

Exhibit 1

Table 17

## LOSS OF PAST GUIDANCE TO MATTHEW
### 2022 - 2025

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2022 | 42 | $790 | $790 |
| 2023 | 43 | 2,686 | 3,476 |
| 2024 | 44 | 2,760 | 6,236 |
| 2025 | 45 | 241 | $6,477 |
| BLANK | | $6,477 | |

**SMITH ECONOMICS GROUP, LTD.   312/943-1551**     BLANK PE000062

Table 18

PRESENT VALUE OF FUTURE GUIDANCE TO MATTHEW
2025 - 2037

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******* | ******** |
| 2025 | 45 | $2,595 | 0.99174 | $2,574 | $2,574 |
| 2026 | 46 | 2,857 | 0.98280 | 2,808 | 5,382 |
| 2027 | 47 | 2,878 | 0.97394 | 2,803 | 8,185 |
| 2028 | 48 | 2,900 | 0.96515 | 2,799 | 10,984 |
| 2029 | 49 | 2,922 | 0.95645 | 2,795 | 13,779 |
| 2030 | 50 | 2,944 | 0.94782 | 2,790 | 16,569 |
| 2031 | 51 | 2,966 | 0.93928 | 2,786 | 19,355 |
| 2032 | 52 | 2,988 | 0.93081 | 2,781 | 22,136 |
| 2033 | 53 | 3,010 | 0.92241 | 2,776 | 24,912 |
| 2034 | 54 | 3,033 | 0.91409 | 2,772 | 27,684 |
| 2035 | 55 | 3,056 | 0.90585 | 2,768 | 30,452 |
| 2036 | 56 | 3,079 | 0.89768 | 2,764 | 33,216 |
| 2037 | 57 | 1,232 | 0.89445 | 1,102 | $34,318 |

MATTHEW BLANK                                     $34,318

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000063

Exhibit 1

PRESENT VALUE OF NET GUIDANCE TO MATTHEW
2022 - 2037

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| 2022 | 42 | $790 | $790 |
| 2023 | 43 | 2,686 | 3,476 |
| 2024 | 44 | 2,760 | 6,236 |
| 2025 | 45 | 2,815 | 9,051 |
| 2026 | 46 | 2,808 | 11,859 |
| 2027 | 47 | 2,803 | 14,662 |
| 2028 | 48 | 2,799 | 17,461 |
| 2029 | 49 | 2,795 | 20,256 |
| 2030 | 50 | 2,790 | 23,046 |
| 2031 | 51 | 2,786 | 25,832 |
| 2032 | 52 | 2,781 | 28,613 |
| 2033 | 53 | 2,776 | 31,389 |
| 2034 | 54 | 2,772 | 34,161 |
| 2035 | 55 | 2,768 | 36,929 |
| 2036 | 56 | 2,764 | 39,693 |
| 2037 | 57 | 1,102 | $40,795 |
| BLANK | | $40,795 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000064

Table 20

LOSS OF PAST GUIDANCE TO MIKE
2022 - 2025

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2022 | 40 | $790 | $790 |
| 2023 | 41 | 2,686 | 3,476 |
| 2024 | 42 | 2,760 | 6,236 |
| 2025 | 43 | 241 | $6,477 |

MIKE BLANK        $6,477

SMITH ECONOMICS GROUP, LTD.  312/943-1551    BLANK PE000065

Table 21

PRESENT VALUE OF FUTURE GUIDANCE TO MIKE
2025 - 2037

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******* | ******** |
| 2025 | 43 | $2,595 | 0.99174 | $2,574 | $2,574 |
| 2026 | 44 | 2,857 | 0.98280 | 2,808 | 5,382 |
| 2027 | 45 | 2,878 | 0.97394 | 2,803 | 8,185 |
| 2028 | 46 | 2,900 | 0.96515 | 2,799 | 10,984 |
| 2029 | 47 | 2,922 | 0.95645 | 2,795 | 13,779 |
| 2030 | 48 | 2,944 | 0.94782 | 2,790 | 16,569 |
| 2031 | 49 | 2,966 | 0.93928 | 2,786 | 19,355 |
| 2032 | 50 | 2,988 | 0.93081 | 2,781 | 22,136 |
| 2033 | 51 | 3,010 | 0.92241 | 2,776 | 24,912 |
| 2034 | 52 | 3,033 | 0.91409 | 2,772 | 27,684 |
| 2035 | 53 | 3,056 | 0.90585 | 2,768 | 30,452 |
| 2036 | 54 | 3,079 | 0.89768 | 2,764 | 33,216 |
| 2037 | 55 | 1,232 | 0.89445 | 1,102 | $34,318 |

MIKE BLANK                                    $34,318

PRESENT VALUE OF FUTURE GUIDANCE TO MIKE
2025 - 2037

SMITH ECONOMICS GROUP, LTD.  312/943-1551    BLANK PE000066

Table 22

**Exhibit 1**

PRESENT VALUE OF NET GUIDANCE TO MIKE
2022 - 2037

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2022 | 40 | $790 | $790 |
| 2023 | 41 | 2,686 | 3,476 |
| 2024 | 42 | 2,760 | 6,236 |
| 2025 | 43 | 2,815 | 9,051 |
| 2026 | 44 | 2,808 | 11,859 |
| 2027 | 45 | 2,803 | 14,662 |
| 2028 | 46 | 2,799 | 17,461 |
| 2029 | 47 | 2,795 | 20,256 |
| 2030 | 48 | 2,790 | 23,046 |
| 2031 | 49 | 2,786 | 25,832 |
| 2032 | 50 | 2,781 | 28,613 |
| 2033 | 51 | 2,776 | 31,389 |
| 2034 | 52 | 2,772 | 34,161 |
| 2035 | 53 | 2,768 | 36,929 |
| 2036 | 54 | 2,764 | 39,693 |
| 2037 | 55 | 1,102 | $40,795 |

MIKE BLANK        $40,795

SMITH ECONOMICS GROUP, LTD.    312/943-1551    BLANK PE000067

LOSS OF PAST GUIDANCE TO KELLI
2022 - 2025

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2022 | 37 | $790 | $790 |
| 2023 | 38 | 2,686 | 3,476 |
| 2024 | 39 | 2,760 | 6,236 |
| 2025 | 40 | 241 | $6,477 |

KELLI BLANK     $6,477

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000068

Table 24

PRESENT VALUE OF FUTURE GUIDANCE TO KELLI
2025 - 2037

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******* | ******** |
| 2025 | 40 | $2,595 | 0.99174 | $2,574 | $2,574 |
| 2026 | 41 | 2,857 | 0.98280 | 2,808 | 5,382 |
| 2027 | 42 | 2,878 | 0.97394 | 2,803 | 8,185 |
| 2028 | 43 | 2,900 | 0.96515 | 2,799 | 10,984 |
| 2029 | 44 | 2,922 | 0.95645 | 2,795 | 13,779 |
| 2030 | 45 | 2,944 | 0.94782 | 2,790 | 16,569 |
| 2031 | 46 | 2,966 | 0.93928 | 2,786 | 19,355 |
| 2032 | 47 | 2,988 | 0.93081 | 2,781 | 22,136 |
| 2033 | 48 | 3,010 | 0.92241 | 2,776 | 24,912 |
| 2034 | 49 | 3,033 | 0.91409 | 2,772 | 27,684 |
| 2035 | 50 | 3,056 | 0.90585 | 2,768 | 30,452 |
| 2036 | 51 | 3,079 | 0.89768 | 2,764 | 33,216 |
| 2037 | 52 | 1,232 | 0.89445 | 1,102 | $34,318 |

KELLI BLANK                                    $34,318

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000069

PRESENT VALUE OF NET GUIDANCE TO KELLI
2022 - 2037

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2022 | 37 | $790 | $790 |
| 2023 | 38 | 2,686 | 3,476 |
| 2024 | 39 | 2,760 | 6,236 |
| 2025 | 40 | 2,815 | 9,051 |
| 2026 | 41 | 2,808 | 11,859 |
| 2027 | 42 | 2,803 | 14,662 |
| 2028 | 43 | 2,799 | 17,461 |
| 2029 | 44 | 2,795 | 20,256 |
| 2030 | 45 | 2,790 | 23,046 |
| 2031 | 46 | 2,786 | 25,832 |
| 2032 | 47 | 2,781 | 28,613 |
| 2033 | 48 | 2,776 | 31,389 |
| 2034 | 49 | 2,772 | 34,161 |
| 2035 | 50 | 2,768 | 36,929 |
| 2036 | 51 | 2,764 | 39,693 |
| 2037 | 52 | 1,102 | $40,795 |

KELLI BLANK     $40,795

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000070

```
          LOSS OF PAST ACCOMPANIMENT TO BEVERLY
                    2022 - 2025

          YEAR    AGE    ACCOMPANIMENT   CUMULATE
          ****    ***    *************   ********
          2022    69        $10,839       $10,839
          2023    70         36,872        47,711
          2024    71         37,886        85,597
          2025    72          3,306       $88,903

          BLANK              $88,903
```

**Exhibit 1**

Table 27

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO BEVERLY
2025 - 2037

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| **** | *** | ************* | ******** | ******** | ******** |
| 2025 | 72 | $35,622 | 0.99174 | $35,328 | $35,328 |
| 2026 | 73 | 39,220 | 0.98280 | 38,545 | 73,873 |
| 2027 | 74 | 39,514 | 0.97394 | 38,484 | 112,357 |
| 2028 | 75 | 59,716 | 0.96515 | 57,635 | 169,992 |
| 2029 | 76 | 60,164 | 0.95645 | 57,544 | 227,536 |
| 2030 | 77 | 60,615 | 0.94782 | 57,452 | 284,988 |
| 2031 | 78 | 61,070 | 0.93928 | 57,362 | 342,350 |
| 2032 | 79 | 61,528 | 0.93081 | 57,271 | 399,621 |
| 2033 | 80 | 61,989 | 0.92241 | 57,179 | 456,800 |
| 2034 | 81 | 62,454 | 0.91409 | 57,089 | 513,889 |
| 2035 | 82 | 62,922 | 0.90585 | 56,998 | 570,887 |
| 2036 | 83 | 63,394 | 0.89768 | 56,908 | 627,795 |
| 2037 | 84 | 25,373 | 0.89445 | 22,695 | $650,490 |

BEVERLY BLANK                                        $650,490

SMITH ECONOMICS GROUP, LTD.   312/943-1551

BLANK PE000072

Table 28

**Exhibit 1**

PRESENT VALUE OF NET ACCOMPANIMENT TO BEVERLY
2022 - 2037

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2022 | 69 | $10,839 | $10,839 |
| 2023 | 70 | 36,872 | 47,711 |
| 2024 | 71 | 37,886 | 85,597 |
| 2025 | 72 | 38,634 | 124,231 |
| 2026 | 73 | 38,545 | 162,776 |
| 2027 | 74 | 38,484 | 201,260 |
| 2028 | 75 | 57,635 | 258,895 |
| 2029 | 76 | 57,544 | 316,439 |
| 2030 | 77 | 57,452 | 373,891 |
| 2031 | 78 | 57,362 | 431,253 |
| 2032 | 79 | 57,271 | 488,524 |
| 2033 | 80 | 57,179 | 545,703 |
| 2034 | 81 | 57,089 | 602,792 |
| 2035 | 82 | 56,998 | 659,790 |
| 2036 | 83 | 56,908 | 716,698 |
| 2037 | 84 | 22,695 | $739,393 |
| | | | |
| BLANK | | $739,393 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000073

Exhibit 1

Table 29

LOSS OF PAST ACCOMPANIMENT TO MATTHEW
2022 - 2025

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2022 | 42 | $1,158 | $1,158 |
| 2023 | 43 | 3,940 | 5,098 |
| 2024 | 44 | 4,048 | 9,146 |
| 2025 | 45 | 353 | $9,499 |
| BLANK | | $9,499 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000074

Table 30
**Exhibit 1**

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO MATTHEW
2025 - 2037

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| **** | *** | ************* | ******** | ******* | ******** |
| 2025 | 45 | $3,806 | 0.99174 | $3,774 | $3,774 |
| 2026 | 46 | 4,190 | 0.98280 | 4,118 | 7,892 |
| 2027 | 47 | 4,221 | 0.97394 | 4,111 | 12,003 |
| 2028 | 48 | 4,253 | 0.96515 | 4,105 | 16,108 |
| 2029 | 49 | 4,285 | 0.95645 | 4,098 | 20,206 |
| 2030 | 50 | 4,317 | 0.94782 | 4,092 | 24,298 |
| 2031 | 51 | 4,349 | 0.93928 | 4,085 | 28,383 |
| 2032 | 52 | 4,382 | 0.93081 | 4,079 | 32,462 |
| 2033 | 53 | 4,415 | 0.92241 | 4,072 | 36,534 |
| 2034 | 54 | 4,448 | 0.91409 | 4,066 | 40,600 |
| 2035 | 55 | 4,481 | 0.90585 | 4,059 | 44,659 |
| 2036 | 56 | 4,515 | 0.89768 | 4,053 | 48,712 |
| 2037 | 57 | 1,807 | 0.89445 | 1,616 | $50,328 |

MATTHEW BLANK                                    $50,328

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO MATTHEW

**SMITH ECONOMICS GROUP, LTD.   312/943-1551**   BLANK PE000075

PRESENT VALUE OF NET ACCOMPANIMENT TO MATTHEW
2022 - 2037

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2022 | 42 | $1,158 | $1,158 |
| 2023 | 43 | 3,940 | 5,098 |
| 2024 | 44 | 4,048 | 9,146 |
| 2025 | 45 | 4,127 | 13,273 |
| 2026 | 46 | 4,118 | 17,391 |
| 2027 | 47 | 4,111 | 21,502 |
| 2028 | 48 | 4,105 | 25,607 |
| 2029 | 49 | 4,098 | 29,705 |
| 2030 | 50 | 4,092 | 33,797 |
| 2031 | 51 | 4,085 | 37,882 |
| 2032 | 52 | 4,079 | 41,961 |
| 2033 | 53 | 4,072 | 46,033 |
| 2034 | 54 | 4,066 | 50,099 |
| 2035 | 55 | 4,059 | 54,158 |
| 2036 | 56 | 4,053 | 58,211 |
| 2037 | 57 | 1,616 | $59,827 |

BLANK            $59,827

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000076

Exhibit 1

Table 32

LOSS OF PAST ACCOMPANIMENT TO MIKE
2022 - 2025

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2022 | 40 | $1,158 | $1,158 |
| 2023 | 41 | 3,940 | 5,098 |
| 2024 | 42 | 4,048 | 9,146 |
| 2025 | 43 | 353 | $9,499 |

MIKE BLANK        $9,499

SMITH ECONOMICS GROUP, LTD.  312/943-1551    BLANK PE000077

Table 33

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO MIKE
2025 - 2037

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| 2025 | 43 | $3,806 | 0.99174 | $3,774 | $3,774 |
| 2026 | 44 | 4,190 | 0.98280 | 4,118 | 7,892 |
| 2027 | 45 | 4,221 | 0.97394 | 4,111 | 12,003 |
| 2028 | 46 | 4,253 | 0.96515 | 4,105 | 16,108 |
| 2029 | 47 | 4,285 | 0.95645 | 4,098 | 20,206 |
| 2030 | 48 | 4,317 | 0.94782 | 4,092 | 24,298 |
| 2031 | 49 | 4,349 | 0.93928 | 4,085 | 28,383 |
| 2032 | 50 | 4,382 | 0.93081 | 4,079 | 32,462 |
| 2033 | 51 | 4,415 | 0.92241 | 4,072 | 36,534 |
| 2034 | 52 | 4,448 | 0.91409 | 4,066 | 40,600 |
| 2035 | 53 | 4,481 | 0.90585 | 4,059 | 44,659 |
| 2036 | 54 | 4,515 | 0.89768 | 4,053 | 48,712 |
| 2037 | 55 | 1,807 | 0.89445 | 1,616 | $50,328 |

MIKE BLANK                                        $50,328

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000078

Table 34

PRESENT VALUE OF NET ACCOMPANIMENT TO MIKE
2022 - 2037

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| 2022 | 40 | $1,158 | $1,158 |
| 2023 | 41 | 3,940 | 5,098 |
| 2024 | 42 | 4,048 | 9,146 |
| 2025 | 43 | 4,127 | 13,273 |
| 2026 | 44 | 4,118 | 17,391 |
| 2027 | 45 | 4,111 | 21,502 |
| 2028 | 46 | 4,105 | 25,607 |
| 2029 | 47 | 4,098 | 29,705 |
| 2030 | 48 | 4,092 | 33,797 |
| 2031 | 49 | 4,085 | 37,882 |
| 2032 | 50 | 4,079 | 41,961 |
| 2033 | 51 | 4,072 | 46,033 |
| 2034 | 52 | 4,066 | 50,099 |
| 2035 | 53 | 4,059 | 54,158 |
| 2036 | 54 | 4,053 | 58,211 |
| 2037 | 55 | 1,616 | $59,827 |

MIKE BLANK          $59,827

PRESENT VALUE OF NET ACCOMPANIMENT TO MIKE

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000079

Exhibit 1

**Exhibit 1**

Table 35

LOSS OF PAST ACCOMPANIMENT TO KELLI
2022 - 2025

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| 2022 | 37 | $1,158 | $1,158 |
| 2023 | 38 | 3,940 | 5,098 |
| 2024 | 39 | 4,048 | 9,146 |
| 2025 | 40 | 353 | $9,499 |

KELLI BLANK    $9,499

SMITH ECONOMICS GROUP, LTD.    312/943-1551    BLANK PE000080

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO KELLI
2025 - 2037

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| 2025 | 40 | $3,806 | 0.99174 | $3,774 | $3,774 |
| 2026 | 41 | 4,190 | 0.98280 | 4,118 | 7,892 |
| 2027 | 42 | 4,221 | 0.97394 | 4,111 | 12,003 |
| 2028 | 43 | 4,253 | 0.96515 | 4,105 | 16,108 |
| 2029 | 44 | 4,285 | 0.95645 | 4,098 | 20,206 |
| 2030 | 45 | 4,317 | 0.94782 | 4,092 | 24,298 |
| 2031 | 46 | 4,349 | 0.93928 | 4,085 | 28,383 |
| 2032 | 47 | 4,382 | 0.93081 | 4,079 | 32,462 |
| 2033 | 48 | 4,415 | 0.92241 | 4,072 | 36,534 |
| 2034 | 49 | 4,448 | 0.91409 | 4,066 | 40,600 |
| 2035 | 50 | 4,481 | 0.90585 | 4,059 | 44,659 |
| 2036 | 51 | 4,515 | 0.89768 | 4,053 | 48,712 |
| 2037 | 52 | 1,807 | 0.89445 | 1,616 | $50,328 |

KELLI BLANK                                    $50,328

SMITH ECONOMICS GROUP, LTD.  312/943-1551    BLANK PE000081

Table 37    Exhibit 1

PRESENT VALUE OF NET ACCOMPANIMENT TO KELLI
2022 - 2037

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2022 | 37 | $1,158 | $1,158 |
| 2023 | 38 | 3,940 | 5,098 |
| 2024 | 39 | 4,048 | 9,146 |
| 2025 | 40 | 4,127 | 13,273 |
| 2026 | 41 | 4,118 | 17,391 |
| 2027 | 42 | 4,111 | 21,502 |
| 2028 | 43 | 4,105 | 25,607 |
| 2029 | 44 | 4,098 | 29,705 |
| 2030 | 45 | 4,092 | 33,797 |
| 2031 | 46 | 4,085 | 37,882 |
| 2032 | 47 | 4,079 | 41,961 |
| 2033 | 48 | 4,072 | 46,033 |
| 2034 | 49 | 4,066 | 50,099 |
| 2035 | 50 | 4,059 | 54,158 |
| 2036 | 51 | 4,053 | 58,211 |
| 2037 | 52 | 1,616 | $59,827 |

KELLI BLANK    $59,827

SMITH ECONOMICS GROUP, LTD.    312/943-1551    BLANK PE000082

Table 38

Exhibit 1

LOSS OF PAST LVL OF LARRY
2022 - 2025

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ******** | ******** |
| 2022 | 70 | $48,159 | $48,159 |
| 2023 | 71 | 162,205 | 210,364 |
| 2024 | 72 | 165,449 | 375,813 |
| 2025 | 73 | 14,333 | $390,146 |

LARRY BLANK  $390,146

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000083

Table 39

PRESENT VALUE OF FUTURE LVL OF LARRY
2025 - 2037

| YEAR | AGE | LVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ********** | ********** |
| 2025 | 73 | $154,425 | 0.99174 | $153,150 | $153,150 |
| 2026 | 74 | 168,758 | 0.98280 | 165,855 | 319,005 |
| 2027 | 75 | 168,758 | 0.97394 | 164,360 | 483,365 |
| 2028 | 76 | 168,758 | 0.96515 | 162,877 | 646,242 |
| 2029 | 77 | 168,758 | 0.95645 | 161,409 | 807,651 |
| 2030 | 78 | 168,758 | 0.94782 | 159,952 | 967,603 |
| 2031 | 79 | 168,758 | 0.93928 | 158,511 | 1,126,114 |
| 2032 | 80 | 168,758 | 0.93081 | 157,082 | 1,283,196 |
| 2033 | 81 | 168,758 | 0.92241 | 155,664 | 1,438,860 |
| 2034 | 82 | 168,758 | 0.91409 | 154,260 | 1,593,120 |
| 2035 | 83 | 168,758 | 0.90585 | 152,869 | 1,745,989 |
| 2036 | 84 | 168,758 | 0.89768 | 151,491 | 1,897,480 |
| 2037 | 85 | 67,041 | 0.89445 | 59,965 | $1,957,445 |

LARRY BLANK                          $1,957,445

SMITH ECONOMICS GROUP, LTD.  312/943-1551    BLANK PE000084

Table 40

PRESENT VALUE OF NET LVL OF LARRY
2022 - 2037

| YEAR | AGE | LVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2022 | 70 | $48,159 | $48,159 |
| 2023 | 71 | 162,205 | 210,364 |
| 2024 | 72 | 165,449 | 375,813 |
| 2025 | 73 | 167,483 | 543,296 |
| 2026 | 74 | 165,855 | 709,151 |
| 2027 | 75 | 164,360 | 873,511 |
| 2028 | 76 | 162,877 | 1,036,388 |
| 2029 | 77 | 161,409 | 1,197,797 |
| 2030 | 78 | 159,952 | 1,357,749 |
| 2031 | 79 | 158,511 | 1,516,260 |
| 2032 | 80 | 157,082 | 1,673,342 |
| 2033 | 81 | 155,664 | 1,829,006 |
| 2034 | 82 | 154,260 | 1,983,266 |
| 2035 | 83 | 152,869 | 2,136,135 |
| 2036 | 84 | 151,491 | 2,287,626 |
| 2037 | 85 | 59,965 | $2,347,591 |

LARRY BLANK   $2,347,591

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000085

Table 41

LOSS OF PAST RELATIONSHIP TO BEVERLY
2022 - 2025

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2022 | 69  | $24,080      | $24,080  |
| 2023 | 70  | 81,102       | 105,182  |
| 2024 | 71  | 82,725       | 187,907  |
| 2025 | 72  | 7,166        | $195,073 |
| BLANK |    | $195,073     |          |

PRESENT VALUE OF FUTURE RELATIONSHIP TO BEVERLY
2025 - 2040

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------------|-----------------|---------------|----------|
| **** | *** | ************ | ******** | ********** | ********** |
| 2025 | 72 | $77,213 | 0.99174 | $76,575 | $76,575 |
| 2026 | 73 | 84,379 | 0.98280 | 82,928 | 159,503 |
| 2027 | 74 | 84,379 | 0.97394 | 82,180 | 241,683 |
| 2028 | 75 | 84,379 | 0.96515 | 81,438 | 323,121 |
| 2029 | 76 | 84,379 | 0.95645 | 80,704 | 403,825 |
| 2030 | 77 | 84,379 | 0.94782 | 79,976 | 483,801 |
| 2031 | 78 | 84,379 | 0.93928 | 79,256 | 563,057 |
| 2032 | 79 | 84,379 | 0.93081 | 78,541 | 641,598 |
| 2033 | 80 | 84,379 | 0.92241 | 77,832 | 719,430 |
| 2034 | 81 | 84,379 | 0.91409 | 77,130 | 796,560 |
| 2035 | 82 | 84,379 | 0.90585 | 76,435 | 872,995 |
| 2036 | 83 | 84,379 | 0.89768 | 75,745 | 948,740 |
| 2037 | 84 | 84,379 | 0.88959 | 75,063 | 1,023,803 |
| 2038 | 85 | 84,379 | 0.88156 | 74,385 | 1,098,188 |
| 2039 | 86 | 84,379 | 0.87361 | 73,714 | 1,171,902 |
| 2040 | 87 | 51,321 | 0.86881 | 44,588 | $1,216,490 |

BEVERLY BLANK                                    $1,216,490

SMITH ECONOMICS GROUP, LTD.  312/943-1551    BLANK PE000087

Table 43

PRESENT VALUE OF NET RELATIONSHIP TO BEVERLY
2022 - 2040

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ********** |
| 2022 | 69 | $24,080 | $24,080 |
| 2023 | 70 | 81,102 | 105,182 |
| 2024 | 71 | 82,725 | 187,907 |
| 2025 | 72 | 83,741 | 271,648 |
| 2026 | 73 | 82,928 | 354,576 |
| 2027 | 74 | 82,180 | 436,756 |
| 2028 | 75 | 81,438 | 518,194 |
| 2029 | 76 | 80,704 | 598,898 |
| 2030 | 77 | 79,976 | 678,874 |
| 2031 | 78 | 79,256 | 758,130 |
| 2032 | 79 | 78,541 | 836,671 |
| 2033 | 80 | 77,832 | 914,503 |
| 2034 | 81 | 77,130 | 991,633 |
| 2035 | 82 | 76,435 | 1,068,068 |
| 2036 | 83 | 75,745 | 1,143,813 |
| 2037 | 84 | 75,063 | 1,218,876 |
| 2038 | 85 | 74,385 | 1,293,261 |
| 2039 | 86 | 73,714 | 1,366,975 |
| 2040 | 87 | 44,588 | $1,411,563 |

BLANK          $1,411,563

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000088

Table 44

LOSS OF PAST RELATIONSHIP TO MATTHEW
2022 - 2025

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2022 | 42  | $19,264      | $19,264  |
| 2023 | 43  | 64,882       | 84,146   |
| 2024 | 44  | 66,180       | 150,326  |
| 2025 | 45  | 5,733        | $156,059 |
|      |     |              |          |
| BLANK |    | $156,059     |          |

**SMITH ECONOMICS GROUP, LTD.  312/943-1551**  BLANK PE000089

Exhibit 1

Table 45

### PRESENT VALUE OF FUTURE RELATIONSHIP TO MATTHEW
### 2025 - 2059

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| **** | *** | ************* | ******** | ********** | ********** |
| 2025 | 45 | $61,770 | 0.99174 | $61,260 | $61,260 |
| 2026 | 46 | 67,503 | 0.98280 | 66,342 | 127,602 |
| 2027 | 47 | 67,503 | 0.97394 | 65,744 | 193,346 |
| 2028 | 48 | 67,503 | 0.96515 | 65,151 | 258,497 |
| 2029 | 49 | 67,503 | 0.95645 | 64,563 | 323,060 |
| 2030 | 50 | 67,503 | 0.94782 | 63,981 | 387,041 |
| 2031 | 51 | 67,503 | 0.93928 | 63,404 | 450,445 |
| 2032 | 52 | 67,503 | 0.93081 | 62,832 | 513,277 |
| 2033 | 53 | 67,503 | 0.92241 | 62,265 | 575,542 |
| 2034 | 54 | 67,503 | 0.91409 | 61,704 | 637,246 |
| 2035 | 55 | 67,503 | 0.90585 | 61,148 | 698,394 |
| 2036 | 56 | 67,503 | 0.89768 | 60,596 | 758,990 |
| 2037 | 57 | 67,503 | 0.88959 | 60,050 | 819,040 |
| 2038 | 58 | 67,503 | 0.88156 | 59,508 | 878,548 |
| 2039 | 59 | 67,503 | 0.87361 | 58,971 | 937,519 |
| 2040 | 60 | 67,503 | 0.86574 | 58,440 | 995,959 |
| 2041 | 61 | 67,503 | 0.85793 | 57,913 | 1,053,872 |
| 2042 | 62 | 67,503 | 0.85019 | 57,390 | 1,111,262 |
| 2043 | 63 | 67,503 | 0.84253 | 56,873 | 1,168,135 |
| 2044 | 64 | 67,503 | 0.83493 | 56,360 | 1,224,495 |
| 2045 | 65 | 67,503 | 0.82740 | 55,852 | 1,280,347 |
| 2046 | 66 | 67,503 | 0.81994 | 55,348 | 1,335,695 |
| 2047 | 67 | 67,503 | 0.81254 | 54,849 | 1,390,544 |
| 2048 | 68 | 67,503 | 0.80521 | 54,354 | 1,444,898 |
| 2049 | 69 | 67,503 | 0.79795 | 53,864 | 1,498,762 |
| 2050 | 70 | 67,503 | 0.79076 | 53,379 | 1,552,141 |
| 2051 | 71 | 67,503 | 0.78363 | 52,897 | 1,605,038 |
| 2052 | 72 | 67,503 | 0.77656 | 52,420 | 1,657,458 |
| 2053 | 73 | 67,503 | 0.76956 | 51,948 | 1,709,406 |
| 2054 | 74 | 67,503 | 0.76262 | 51,479 | 1,760,885 |
| 2055 | 75 | 67,503 | 0.75574 | 51,015 | 1,811,900 |
| 2056 | 76 | 67,503 | 0.74892 | 50,554 | 1,862,454 |
| 2057 | 77 | 67,503 | 0.74217 | 50,099 | 1,912,553 |
| 2058 | 78 | 67,503 | 0.73548 | 49,647 | 1,962,200 |
| 2059 | 79 | 58,626 | 0.72971 | 42,780 | $2,004,980 |

MATTHEW BLANK                                    $2,004,980

**SMITH ECONOMICS GROUP, LTD.  312/943-1551**

BLANK PE000090

Table 46

Exhibit 1

PRESENT VALUE OF NET RELATIONSHIP TO MATTHEW
2022 - 2059

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ********** |
| 2022 | 42 | $19,264 | $19,264 |
| 2023 | 43 | 64,882 | 84,146 |
| 2024 | 44 | 66,180 | 150,326 |
| 2025 | 45 | 66,993 | 217,319 |
| 2026 | 46 | 66,342 | 283,661 |
| 2027 | 47 | 65,744 | 349,405 |
| 2028 | 48 | 65,151 | 414,556 |
| 2029 | 49 | 64,563 | 479,119 |
| 2030 | 50 | 63,981 | 543,100 |
| 2031 | 51 | 63,404 | 606,504 |
| 2032 | 52 | 62,832 | 669,336 |
| 2033 | 53 | 62,265 | 731,601 |
| 2034 | 54 | 61,704 | 793,305 |
| 2035 | 55 | 61,148 | 854,453 |
| 2036 | 56 | 60,596 | 915,049 |
| 2037 | 57 | 60,050 | 975,099 |
| 2038 | 58 | 59,508 | 1,034,607 |
| 2039 | 59 | 58,971 | 1,093,578 |
| 2040 | 60 | 58,440 | 1,152,018 |
| 2041 | 61 | 57,913 | 1,209,931 |
| 2042 | 62 | 57,390 | 1,267,321 |
| 2043 | 63 | 56,873 | 1,324,194 |
| 2044 | 64 | 56,360 | 1,380,554 |
| 2045 | 65 | 55,852 | 1,436,406 |
| 2046 | 66 | 55,348 | 1,491,754 |
| 2047 | 67 | 54,849 | 1,546,603 |
| 2048 | 68 | 54,354 | 1,600,957 |
| 2049 | 69 | 53,864 | 1,654,821 |
| 2050 | 70 | 53,379 | 1,708,200 |
| 2051 | 71 | 52,897 | 1,761,097 |
| 2052 | 72 | 52,420 | 1,813,517 |
| 2053 | 73 | 51,948 | 1,865,465 |
| 2054 | 74 | 51,479 | 1,916,944 |
| 2055 | 75 | 51,015 | 1,967,959 |
| 2056 | 76 | 50,554 | 2,018,513 |
| 2057 | 77 | 50,099 | 2,068,612 |
| 2058 | 78 | 49,647 | 2,118,259 |
| 2059 | 79 | 42,780 | $2,161,039 |
| BLANK | | $2,161,039 | |

SMITH ECONOMICS GROUP, LTD.   312/943-1551   BLANK PE000091

Table 47

Exhibit 1

LOSS OF PAST RELATIONSHIP TO MIKE
2022 - 2025

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2022 | 40 | $19,264 | $19,264 |
| 2023 | 41 | 64,882 | 84,146 |
| 2024 | 42 | 66,180 | 150,326 |
| 2025 | 43 | 5,733 | $156,059 |

MIKE BLANK          $156,059

SMITH ECONOMICS GROUP, LTD.   312/943-1551      BLANK PE000092

PRESENT VALUE OF FUTURE RELATIONSHIP TO MIKE
2025 - 2061

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| 2025 | 43 | $61,770 | 0.99174 | $61,260 | $61,260 |
| 2026 | 44 | 67,503 | 0.98280 | 66,342 | 127,602 |
| 2027 | 45 | 67,503 | 0.97394 | 65,744 | 193,346 |
| 2028 | 46 | 67,503 | 0.96515 | 65,151 | 258,497 |
| 2029 | 47 | 67,503 | 0.95645 | 64,563 | 323,060 |
| 2030 | 48 | 67,503 | 0.94782 | 63,981 | 387,041 |
| 2031 | 49 | 67,503 | 0.93928 | 63,404 | 450,445 |
| 2032 | 50 | 67,503 | 0.93081 | 62,832 | 513,277 |
| 2033 | 51 | 67,503 | 0.92241 | 62,265 | 575,542 |
| 2034 | 52 | 67,503 | 0.91409 | 61,704 | 637,246 |
| 2035 | 53 | 67,503 | 0.90585 | 61,148 | 698,394 |
| 2036 | 54 | 67,503 | 0.89768 | 60,596 | 758,990 |
| 2037 | 55 | 67,503 | 0.88959 | 60,050 | 819,040 |
| 2038 | 56 | 67,503 | 0.88156 | 59,508 | 878,548 |
| 2039 | 57 | 67,503 | 0.87361 | 58,971 | 937,519 |
| 2040 | 58 | 67,503 | 0.86574 | 58,440 | 995,959 |
| 2041 | 59 | 67,503 | 0.85793 | 57,913 | 1,053,872 |
| 2042 | 60 | 67,503 | 0.85019 | 57,390 | 1,111,262 |
| 2043 | 61 | 67,503 | 0.84253 | 56,873 | 1,168,135 |
| 2044 | 62 | 67,503 | 0.83493 | 56,360 | 1,224,495 |
| 2045 | 63 | 67,503 | 0.82740 | 55,852 | 1,280,347 |
| 2046 | 64 | 67,503 | 0.81994 | 55,348 | 1,335,695 |
| 2047 | 65 | 67,503 | 0.81254 | 54,849 | 1,390,544 |
| 2048 | 66 | 67,503 | 0.80521 | 54,354 | 1,444,898 |
| 2049 | 67 | 67,503 | 0.79795 | 53,864 | 1,498,762 |
| 2050 | 68 | 67,503 | 0.79076 | 53,379 | 1,552,141 |
| 2051 | 69 | 67,503 | 0.78363 | 52,897 | 1,605,038 |
| 2052 | 70 | 67,503 | 0.77656 | 52,420 | 1,657,458 |
| 2053 | 71 | 67,503 | 0.76956 | 51,948 | 1,709,406 |
| 2054 | 72 | 67,503 | 0.76262 | 51,479 | 1,760,885 |
| 2055 | 73 | 67,503 | 0.75574 | 51,015 | 1,811,900 |
| 2056 | 74 | 67,503 | 0.74892 | 50,554 | 1,862,454 |
| 2057 | 75 | 67,503 | 0.74217 | 50,099 | 1,912,553 |
| 2058 | 76 | 67,503 | 0.73548 | 49,647 | 1,962,200 |
| 2059 | 77 | 67,503 | 0.72885 | 49,200 | 2,011,400 |
| 2060 | 78 | 67,503 | 0.72227 | 48,755 | 2,060,155 |
| 2061 | 79 | 37,728 | 0.71862 | 27,112 | $2,087,267 |

MIKE BLANK                                    $2,087,267

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000093

**Exhibit 1**

Table 49

PRESENT VALUE OF NET RELATIONSHIP TO MIKE
2022 - 2061

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ********** |
| 2022 | 40 | $19,264 | $19,264 |
| 2023 | 41 | 64,882 | 84,146 |
| 2024 | 42 | 66,180 | 150,326 |
| 2025 | 43 | 66,993 | 217,319 |
| 2026 | 44 | 66,342 | 283,661 |
| 2027 | 45 | 65,744 | 349,405 |
| 2028 | 46 | 65,151 | 414,556 |
| 2029 | 47 | 64,563 | 479,119 |
| 2030 | 48 | 63,981 | 543,100 |
| 2031 | 49 | 63,404 | 606,504 |
| 2032 | 50 | 62,832 | 669,336 |
| 2033 | 51 | 62,265 | 731,601 |
| 2034 | 52 | 61,704 | 793,305 |
| 2035 | 53 | 61,148 | 854,453 |
| 2036 | 54 | 60,596 | 915,049 |
| 2037 | 55 | 60,050 | 975,099 |
| 2038 | 56 | 59,508 | 1,034,607 |
| 2039 | 57 | 58,971 | 1,093,578 |
| 2040 | 58 | 58,440 | 1,152,018 |
| 2041 | 59 | 57,913 | 1,209,931 |
| 2042 | 60 | 57,390 | 1,267,321 |
| 2043 | 61 | 56,873 | 1,324,194 |
| 2044 | 62 | 56,360 | 1,380,554 |
| 2045 | 63 | 55,852 | 1,436,406 |
| 2046 | 64 | 55,348 | 1,491,754 |
| 2047 | 65 | 54,849 | 1,546,603 |
| 2048 | 66 | 54,354 | 1,600,957 |
| 2049 | 67 | 53,864 | 1,654,821 |
| 2050 | 68 | 53,379 | 1,708,200 |
| 2051 | 69 | 52,897 | 1,761,097 |
| 2052 | 70 | 52,420 | 1,813,517 |
| 2053 | 71 | 51,948 | 1,865,465 |
| 2054 | 72 | 51,479 | 1,916,944 |
| 2055 | 73 | 51,015 | 1,967,959 |
| 2056 | 74 | 50,554 | 2,018,513 |
| 2057 | 75 | 50,099 | 2,068,612 |
| 2058 | 76 | 49,647 | 2,118,259 |
| 2059 | 77 | 49,200 | 2,167,459 |
| 2060 | 78 | 48,755 | 2,216,214 |
| 2061 | 79 | 27,112 | $2,243,326 |

MIKE BLANK      $2,243,326

SMITH ECONOMICS GROUP, LTD.   312/943-1551      BLANK PE000094

Exhibit 1

Table 50

LOSS OF PAST RELATIONSHIP TO KELLI
2022 - 2025

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2022 | 37 | $19,264 | $19,264 |
| 2023 | 38 | 64,882 | 84,146 |
| 2024 | 39 | 66,180 | 150,326 |
| 2025 | 40 | 5,733 | $156,059 |

KELLI BLANK    $156,059

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000095

Table 51    **Exhibit 1**

PRESENT VALUE OF FUTURE RELATIONSHIP TO KELLI
2025 - 2068

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| **** | *** | ************ | ******** | ********** | ********** |
| 2025 | 40 | $61,770 | 0.99174 | $61,260 | $61,260 |
| 2026 | 41 | 67,503 | 0.98280 | 66,342 | 127,602 |
| 2027 | 42 | 67,503 | 0.97394 | 65,744 | 193,346 |
| 2028 | 43 | 67,503 | 0.96515 | 65,151 | 258,497 |
| 2029 | 44 | 67,503 | 0.95645 | 64,563 | 323,060 |
| 2030 | 45 | 67,503 | 0.94782 | 63,981 | 387,041 |
| 2031 | 46 | 67,503 | 0.93928 | 63,404 | 450,445 |
| 2032 | 47 | 67,503 | 0.93081 | 62,832 | 513,277 |
| 2033 | 48 | 67,503 | 0.92241 | 62,265 | 575,542 |
| 2034 | 49 | 67,503 | 0.91409 | 61,704 | 637,246 |
| 2035 | 50 | 67,503 | 0.90585 | 61,148 | 698,394 |
| 2036 | 51 | 67,503 | 0.89768 | 60,596 | 758,990 |
| 2037 | 52 | 67,503 | 0.88959 | 60,050 | 819,040 |
| 2038 | 53 | 67,503 | 0.88156 | 59,508 | 878,548 |
| 2039 | 54 | 67,503 | 0.87361 | 58,971 | 937,519 |
| 2040 | 55 | 67,503 | 0.86574 | 58,440 | 995,959 |
| 2041 | 56 | 67,503 | 0.85793 | 57,913 | 1,053,872 |
| 2042 | 57 | 67,503 | 0.85019 | 57,390 | 1,111,262 |
| 2043 | 58 | 67,503 | 0.84253 | 56,873 | 1,168,135 |
| 2044 | 59 | 67,503 | 0.83493 | 56,360 | 1,224,495 |
| 2045 | 60 | 67,503 | 0.82740 | 55,852 | 1,280,347 |
| 2046 | 61 | 67,503 | 0.81994 | 55,348 | 1,335,695 |
| 2047 | 62 | 67,503 | 0.81254 | 54,849 | 1,390,544 |
| 2048 | 63 | 67,503 | 0.80521 | 54,354 | 1,444,898 |
| 2049 | 64 | 67,503 | 0.79795 | 53,864 | 1,498,762 |
| 2050 | 65 | 67,503 | 0.79076 | 53,379 | 1,552,141 |
| 2051 | 66 | 67,503 | 0.78363 | 52,897 | 1,605,038 |
| 2052 | 67 | 67,503 | 0.77656 | 52,420 | 1,657,458 |
| 2053 | 68 | 67,503 | 0.76956 | 51,948 | 1,709,406 |
| 2054 | 69 | 67,503 | 0.76262 | 51,479 | 1,760,885 |
| 2055 | 70 | 67,503 | 0.75574 | 51,015 | 1,811,900 |
| 2056 | 71 | 67,503 | 0.74892 | 50,554 | 1,862,454 |
| 2057 | 72 | 67,503 | 0.74217 | 50,099 | 1,912,553 |
| 2058 | 73 | 67,503 | 0.73548 | 49,647 | 1,962,200 |
| 2059 | 74 | 67,503 | 0.72885 | 49,200 | 2,011,400 |
| 2060 | 75 | 67,503 | 0.72227 | 48,755 | 2,060,155 |
| 2061 | 76 | 67,503 | 0.71576 | 48,316 | 2,108,471 |
| 2062 | 77 | 67,503 | 0.70930 | 47,880 | 2,156,351 |
| 2063 | 78 | 67,503 | 0.70291 | 47,449 | 2,203,800 |
| 2064 | 79 | 67,503 | 0.69657 | 47,021 | 2,250,821 |
| 2065 | 80 | 67,503 | 0.69029 | 46,597 | 2,297,418 |
| 2066 | 81 | 67,503 | 0.68406 | 46,176 | 2,343,594 |
| 2067 | 82 | 67,503 | 0.67789 | 45,760 | 2,389,354 |
| 2068 | 83 | 4,623 | 0.67747 | 3,132 | $2,392,486 |

KELLI BLANK                                         $2,392,486

**SMITH  ECONOMICS  GROUP,  LTD.   312/943-1551**     BLANK PE000096

**Exhibit 1**

Table 52

PRESENT VALUE OF NET RELATIONSHIP TO KELLI
2022 - 2068

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ********** |
| 2022 | 37 | $19,264 | $19,264 |
| 2023 | 38 | 64,882 | 84,146 |
| 2024 | 39 | 66,180 | 150,326 |
| 2025 | 40 | 66,993 | 217,319 |
| 2026 | 41 | 66,342 | 283,661 |
| 2027 | 42 | 65,744 | 349,405 |
| 2028 | 43 | 65,151 | 414,556 |
| 2029 | 44 | 64,563 | 479,119 |
| 2030 | 45 | 63,981 | 543,100 |
| 2031 | 46 | 63,404 | 606,504 |
| 2032 | 47 | 62,832 | 669,336 |
| 2033 | 48 | 62,265 | 731,601 |
| 2034 | 49 | 61,704 | 793,305 |
| 2035 | 50 | 61,148 | 854,453 |
| 2036 | 51 | 60,596 | 915,049 |
| 2037 | 52 | 60,050 | 975,099 |
| 2038 | 53 | 59,508 | 1,034,607 |
| 2039 | 54 | 58,971 | 1,093,578 |
| 2040 | 55 | 58,440 | 1,152,018 |
| 2041 | 56 | 57,913 | 1,209,931 |
| 2042 | 57 | 57,390 | 1,267,321 |
| 2043 | 58 | 56,873 | 1,324,194 |
| 2044 | 59 | 56,360 | 1,380,554 |
| 2045 | 60 | 55,852 | 1,436,406 |
| 2046 | 61 | 55,348 | 1,491,754 |
| 2047 | 62 | 54,849 | 1,546,603 |
| 2048 | 63 | 54,354 | 1,600,957 |
| 2049 | 64 | 53,864 | 1,654,821 |
| 2050 | 65 | 53,379 | 1,708,200 |
| 2051 | 66 | 52,897 | 1,761,097 |
| 2052 | 67 | 52,420 | 1,813,517 |
| 2053 | 68 | 51,948 | 1,865,465 |
| 2054 | 69 | 51,479 | 1,916,944 |
| 2055 | 70 | 51,015 | 1,967,959 |
| 2056 | 71 | 50,554 | 2,018,513 |
| 2057 | 72 | 50,099 | 2,068,612 |
| 2058 | 73 | 49,647 | 2,118,259 |
| 2059 | 74 | 49,200 | 2,167,459 |
| 2060 | 75 | 48,755 | 2,216,214 |
| 2061 | 76 | 48,316 | 2,264,530 |
| 2062 | 77 | 47,880 | 2,312,410 |
| 2063 | 78 | 47,449 | 2,359,859 |
| 2064 | 79 | 47,021 | 2,406,880 |
| 2065 | 80 | 46,597 | 2,453,477 |
| 2066 | 81 | 46,176 | 2,499,653 |
| 2067 | 82 | 45,760 | 2,545,413 |
| 2068 | 83 | 3,132 | $2,548,545 |

KELLI BLANK    $2,548,545

SMITH ECONOMICS GROUP, LTD.   312/943-1551    BLANK PE000097