Case 6:23-cv-00524-JDK    Document 26-2    Filed 09/23/24    Page 1 of 3 PageID #: 250    Exhibit 2

Beverly Blank                                June 28, 2024
Blank, Beverly, et al v JLG Industries, Inc.

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
CIVIL ACTION NO. 6:23-CV-00524

Beverly Blank Individually and on
behalf of the Estate of Larry Blank,
Matthew Blank, Mike Blank and
Kelli Bank,
        Plaintiffs,
vs.
JLG Industries, Inc.,
        Defendant.
                                              /

                        TownePlace Suites
                        5451 Cortez Road West
                        Bradenton, Florida 34210
                        8:54 a.m. to 10:43 a.m.
                        Friday, June 28, 2024


        VIDEOTAPED DEPOSITION OF BEVERLY BLANK


        Taken on behalf of the Defendant before Mary
Ann Smith, RPR, RMR, Notary Public in and for the
State of Florida at Large, pursuant to Defendant's
Notice To Take Oral Deposition of Beverly Blank in the
above cause.

Page 19

superintendant and that's the role he maintained throughout?

A.   Yes.

Q.   And where was he -- I mean, from what I understand, in looking at the documents I've seen, it looks like he's doing projects all over the country; is that correct?

A.   In several states, yes.

Q.   And then, is it when he starts working for Atkinson that he sort of transitions from doing residential work to more commercial establishments?

A.   He worked whatever job that they sent him on. And, yes, it was probably -- I mean, restaurants are commercial.

Q.   So what was his work cadence like as far as travel?  Like how often was he gone doing the work and how often would he be coming back to see you in Florida?

A.   I went with him.  I traveled with him most of the time.

Q.   So explain to me how that would work.

A.   He had -- he doesn't -- they would put him up in hotels.  He didn't want to live in a hotel because you're on the job two to three months.  And so he -- we bought an RV and we lived in the RV wherever the

Beverly  Blank                                                June 28, 2024
Blank, Beverly, et al v JLG Industries, Inc.

Page 20

job was.  You know, in a park wherever the job was.

Q.   So not at the job site, but at a local KOA or something nearby?

A.   Yes.

Q.   And did you start -- was that y'all's sort of way you all did things from the start when he started working for Atkinson?

A.   I was still teaching when he started.

Q.   Okay.  When did you retire?

A.   2014.

Q.   So that's when you started going on the road with him; correct?

A.   Yes.

Q.   And what would you do -- while he was at the job site during the day, what would you do?

A.   Clean the trailer, cook the lunch, cook the supper.  If there was anything to do around the park, try to do that.  You know, read.

Q.   How often would you go to his job site, if ever?

A.   Not often, but he -- in the evenings he'd take me up there to show me how far it was coming along and stuff like that, but --

Q.   So you would -- it wasn't like you had a routine where you would go by there every day, it was