IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BEVERLY BLANK, et al., § § § § Plaintiffs, § § v. § Case No. 6:23-cv-524-JDK § JLG INDUSTRIES, INC., § § Defendant. § § § § | |

**ORDER OF DISMISSAL**

Before the Court is the parties' joint stipulation of dismissal with prejudice. Docket No. 41. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **31st** day of **January, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE